# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-------------------------------------------------------------------- x

PATRICIA CUMMINGS,

                              Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; CITY OF NEW YORK OFFICE OF SPECIAL INVESTIGATIONS; NYC MAYOR BILL deBLASIO; GIULIA COX; COURTNEY WARE; BEN CHAPMAN; NEW YORK DAILY NEWS; DR. ANDRE PERRY; THE HECHINGER REPORT a/k/a HECHINGER INSTITUTE ON EDUCATION AND THE MEDIA; LENARD LARRY McKELVEY a/k/a *CHARLAMAGNE THA GOD*; WWPR-FM (105.1 MHZ); iHEARTMEDIA; CLEAR CHANNEL COMMUNICATIONS, INC.; NEW YORK STATE SENATOR KEVIN S. PARKER; COUNCILMAN JUMAANE D. WILLIAMS; COUNCILMAN DANIEL DROMM; COALITION OF EUDCATIONAL JUSTICE; ANGEL MARTINEZ; NATASHA CAPERS, and "JOHN DOE AND JANE DOE #1-100" said names being fictitious, it being the intent of Plaintiff to designate any and all individuals, officers, members, agents, servants, and/or employees of the aforementioned agencies owing a duty of care to Plaintiff, individually and jointly and severally.

                              Defendants.

**DEMAND FOR CHANGE OF VENUE**

Index No. 600747/2019

-------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that, pursuant to sections 504(2), 504(3), and 511(b) of the Civil Practice Law and Rules, defendants The City of New York, New York City Department of Education ("DOE"), City of New York Office of Special Investigations ("OSI"[1]);

---

[1] OSI is not only misnamed in this action, but it is also not a separate suable entity. OSI is the New York City Department of Education's Office of Special Investigations and is part of the DOE.

NYC Mayor Bill de Blasio, Giulia Cox, Courtney Ware, Councilman Jumaane D. Williams, Councilman Daniel Dromm (together the "City Defendants") demand that the venue for the above-captioned action be changed from the County of Suffolk to the County of New York on the grounds that (1) the DOE, and its officers, boards and departments, must be sued in a county in which it is situated and the DOE is not situated in Suffolk County; (2) The City, and its officers, boards and departments, must be sued in the county in the city where the claims arose, or if they arose outside the city, then the City must be sued in New York County; (3) the claims in this case did not arise in Suffolk County; (4) even if any of the claims did arise outside of the City of New York, Suffolk County is still not a proper venue for this action, but New York County is; (5) the DOE is based in New York County; and (6) Mayor de Blasio and Councilmembers Williams and Dromm maintain offices in New York County.

Dated: New York, New York
February 19, 2019

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for City Defendants
100 Church Street, Room 2-143
New York, New York 10007-2601
(212) 356-1104

By: *[signature]*
Aliza J. Balog
Assistant Corporation Counsel

TO:       **THOMAS F. LIOTTI, ESQ**
          Law Offices of Thomas F. Liotti, LLC
          Attorney for Plaintiff
          600 Old County Road – Suite 530
          Garden City, New York 11530
          (516) 794-4700
          (By NYSCEF and By Mail)

CC:       Counsel of Record (By NYSCEF)

Index No. 600747/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

PATRICIA CUMMINGS,

                                    Plaintiff,

- against -

CITY OF NEW YORK; et al.

                                    Defendants.

**DEMAND FOR CHANGE OF VENUE**

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Respondents
100 Church Street, Room 2-143
New York, New York 10007-2601

*Of Counsel*:   Aliza J. Balog
*Tel*:        (212) 356-1104

*Matter No.* 2018-080725

*Due and timely service is hereby admitted.*

*New York, N.Y.* ................................................., *2019*

............................................................................

*Attorney for* ...........................................................