# Exhibit “A”

DAILY NEWS

SPORTS FINAL

TOP DOGS VS. UNDERDOGS

SUPER BOWL SPECIAL SECTION INSIDE

# SLAVE TEACH OUTRAGE

PAGE 6

- Made black students lie facedown on floor
- Asked them: 'See how it feels to be a slave?'

