# Exhibit "C"

ADVERTISEMENT

Sell it                                     Everything you need to

📖 TOPICS     🔍 SEARCH          **DAILY◉NEWS**          **SUBSCRIBE**          ➔ LOG IN
                                                        Get 10 FREE weeks

 Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...

 President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...

NYPD cop arrested for hiring hitman to kill her ex-husband: authorities

 Ashley Massaro, former WW star from New York, dead at 39

# Thousands sign parents' petition demanding action from de Blasio on racist school incidents

🔲 | By BEN CHAPMAN  |  NEW YORK DAILY NEWS  |  APR 09, 2018  |  11:37 PM          🐦  📘  ↱

ADVERTISEMENT

  



Natasha Capers, a coordinator for NYC Coalition for Educational Justice, speaks during a demonstration at City Hall on Feb. 6. (James Keivom/New York Daily News)

Do you hear them now, Mr. Mayor?

City parents are giving Mayor de Blasio a petition bearing 20,000 signatures Tuesday that calls on him to act after the Daily News reported on a string of racist incidents in the public schools.

Advertisement



**RECOMMENDED**

Mother, daughter charged in murder of pregnant teen who was strangled before baby was cut out of her womb

Company owned by Brazilian crooks
received $62 million in Trump bailout cash
meant for struggling U.S. farmers

Video shows 74-year-old man pushed from
bus by woman now facing murder charge in
his death

Woman shot dead leaving work was
married to a drug lord and an actor

Power outage delays Yankees-Rays in ninth
inning

by Taboola

"It's been more than a month since the Daily News broke a story about a white teacher in the Bronx who, in a lesson on slavery and the Middle Passage, made black students in several classes lay face-down on the floor and even stepped on a female student while asking, 'See how it feels to be a slave?' " states the online petition created by the city's largest parent-led coalition, the Coalition for Educational Justice.

"It's been more than a month, and the city has still not taken any steps to ensure that this type of degrading and traumatic incident will not occur again," it continues.

PAID POST                                                What Is This?



$449.99

BURBERRY BLACK D-RING LEATHER FLAP WALLET

SEE MORE

Sponsored Content by

The petition was circulated by the coalition, along with Color of Change. The Oakland, Calif., group is the nation's largest racial justice organization.

ADVERTISEMENT
Carls Fence Co Inc

Proudly Serving Long Island For Over 50 Years

Website        Facebook        Google+        Map



Parents are making another push to get Mayor de Blasio to address racist incidents in schools. (Barry Williams/for New York Daily News)

It calls on the city to expand anti-bias training for city teachers, improve school

ADVERTISEMENT
Carls Fence Co Inc


curriculum to reflect student diversity and create an "Culturally Responsive Education" within the city Education Department.

Bronx Middle School 118 teacher Patricia Cummings, who's accused of presenting the racist slavery lesson, was reassigned to a rubber room on Feb. 1 after The News published reports of her actions. Education Department officials are investigating the allegations.

The News' reports of racist incidents at MS 118 and other city schools have prompted a string of protests since February.

After the story about the slavery lesson, The News reported about the refusal by administrators at Christ the King High School in Queens to allow student Malcolm Xavier Combs display the name — his name — "Malcolm X" on the back of his senior sweater.


Proudly Serving Long Island For Over 50 Years

Website     Facebook     Google+     Map



Teacher Patricia Cummings has been relegated to a rubber room over accusations that she conducted a racist slavery lesson. (Andrew Savulich/New York Daily News)

The school still refuses to allow Combs to wear his name, and that of his namesake, on his school sweater. Combs' attorney filed a complaint with the city Human Rights Commission over the matter on April 3.

The city is also investigating reports The News published in February that a Bronx principal barred the teaching of black history lessons at her school.

A spokeswoman for Mayor de Blasio didn't respond to a request for comment on the petition.

**Ben Chapman**
Education Reporter                    CONTACT  🐦  ✉

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A

graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

ADVERTISEMENT


ADVERTISEMENT

All-Star Roofing, Inc.