# Exhibit "F"

TOPICS    SEARCH                                                    SUBSCRIBE    LOG IN
                                                                    Get 10 FREE weeks

| Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...  | President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...  | NYPD cop arrested for hiring hitman to kill her ex-husband: authorities | Ashley Massaro, former star from New York, de 39 |

ADVERTISEMENT

NEW YORK

# City completes probe of teacher in 'slavery' controversy

By BEN CHAPMAN   |   NEW YORK DAILY NEWS   |   AUG 11, 2018   |   1:55 PM      



Bronx Middle School 118 social studies teacher Patricia Cummings has been reassigned to the rubber room. (Andrew Savulich / New York Daily / New York Daily News)

City Education Department officials have finished their probe of a teacher who grabbed headlines and sparked protests after she was accused of stepping on a student during a lesson on slavery in January.

But though the investigation is over, it may be weeks or months before the department releases the outcome of its investigation of Bronx Middle School 118 teacher Patricia Cummings.

Advertisement


RECOMMENDED

Pennsylvania man has his scrotum torn open by angry girlfriend, leaving him with a bleeding testicle

Case 1:19-cv-07723-CM Document 13-6 Filed 05/17/19 Page 3 of 5



Mother, daughter charged in murder of pregnant teen who was strangled before baby was cut out of her womb

Company owned by Brazilian crooks received $62 million in Trump bailout cash meant for struggling U.S. farmers

Renowned architect I.M. Pei dead at 102

Man kicked off Southwest Airlines flight for vodka joke after four-hour delay

by Taboola

She was accused of singling out black students during a lesson on the Middle Passage by telling them to lie on the floor and then stepping on their backs to show them what bondage felt like.

Education Department spokesman Douglas Cohen said the city would provide an update on the findings in Cummings' case when the matter is resolved this fall.

PAID POST                                          What Is This?



### These Chains Are Closing The Most Stores in 2019

This is shaping up to be a very rough year at the mall. During the first weeks of 2019, retailers shut down 23% more stores than they did at the start of 2018 and...

SEE MORE

Sponsored Content by MoneyWise

"We release the findings of an investigation when the matter is resolved," Cohen said. "We cannot complete this process for teachers when they're not working over the summer."

[More New York] Mayor Bill de Blasio slams NYPD lieutenant who said Eric Garner's death 'Not a big deal' »

Until the case is resolved, the department won't say how Cummings might be disciplined — or even if she's guilty of the allegations.

Community advocates praised the Education Department for completing the Cummings probe but called for greater transparency in the findings of the investigation.

"This is a step in the right direction; however, we need full transparency," said the Rev. Kevin McCall, the National Action Network's crisis director. "We will be meeting with the chancellor this week, to demand that all findings of the investigation be made public immediately."

Cummings, 37, a social studies teacher who has worked in city schools since

ADVERTISEMENT

ADVERTISEMENT



How The News covered the story. (New York Daily News)

2006 and earns $68,934, didn't respond to a request for comment.

She was assigned to the rubber room after the allegations against her went public. Cummings remains on the city payroll while the case is resolved.

Hers was one of two cases that were part of a series of Daily News stories on accusations of racism in schools that ignited protests around the city, prompting Mayor de Blasio to set aside $23 million for anti-bias training for city educators in April.

[More New York] New York to shutter 2 prisons, including Lincoln Correctional Facility that overlooks Central Park in NYC »

In the other case, a city probe of Bronx Middle School 224 Principal Patricia Catania remains active while investigators parse allegations that she barred Black History Month lessons and confiscated a student-made poster celebrating the trailblazing African-American singer and actress Lena Horne.

Catania, 49, a 26-year veteran of city schools who has an otherwise clean disciplinary record and earns $154,257 a year, remains on the job and also didn't respond to a request for comment.

McCall called on the city to conclude its probe of Catania as it has for

ADVERTISEMENT

ADVERTISEMENT

Cummings.

Topics: Educators

---

### Ben Chapman
Education Reporter        CONTACT 

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

**You May Like**  *Sponsored Links by Taboola*

**One Thing All Liars Have in Common, Brace...**
TruthFinder People Search Subscription

**The Genius Trick Every Costco Shopper Should Know**
Wikibuy | Sponsored

**Cheap New Senior Apartments in Garden City Are Turning Heads**
Senior Living | Search Ads | Sponsored

**Discover What An Amazing European River Cruises Have To Offer!**
European Cruises | Search Ads

**The 2019 Kias Are Quite Simply Breathtaking!**
Auto Today | Sponsored Links | Sponsored

**The U.S. Navy Just Built Something No One Thought Was Possible**
DirectExpose

**Switch and save an average of $699. Savings make me smile.**
Progressive | Sponsored

**3 Warning Signs Your Dog Is Crying For Help**
Dr. Marty | Sponsored

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet

**Howard Stern talks to the Daily News about life, liars, cancer and his new book, 'Howard Stern Comes Again'**
Howard Stern talks to the Daily News about his new book 'Howard Stern Comes Again,' which chronicles the broadcasting legend's favorite moments on air, a personal health scare he'd kept secret...
NY Daily News

71° Garden City, NY        More

Sponsored Links by Taboola **Nyx Professional Makeup Eye Shadow Base**
$7 - macys.com

**Disney: Celebrities designing new line of mouse ears**
Orlando Sentinel

**These Vintage Sports Photos Were Okay Back In The Day, But Are Now Controversial**
TieBreaker | Sponsored

**Dressed to Impress: Shop Summer Dresses for Any Occassion**
White House Black Market | Sponsored

**No waiting around this time: Yankees-Orioles rained out again**
For the second time in two days, there was no baseball in the Bronx because of inclement weather.
NY Daily News

**Woman shot dead leaving work was married to a drug lord and an actor**
A woman who was executed by handgun as she left work on Friday was married to two men — a