# Exhibit "G"

ADVERTISEMENT

TOPICS    SEARCH                                                                                    SUBSCRIBE               LOG IN
                                                                                                    Get 10 FREE weeks

| Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...  | President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...  | NYPD cop arrested for hiring hitman to kill her ex-husband: authorities  | Ashley Massaro, forme star from New York, de 39 |

By **STEPHEN REX BROWN** and **BEN CHAPMAN**   |   NEW YORK DAILY NEWS   |   SEP 27, 2018   |   5:00 PM       



A Bronx middle school teacher made black students act like slaves.

That's rich.

A white Bronx social studies teacher facing termination for a controversial lesson on slavery says she is the victim of reverse-racism — and has filed a lawsuit, which her lawyer says could be worth $1 billion.

Advertisement



RECOMMENDED

Missing pregnant woman found dead in Chicago home where baby was forcibly removed from her womb, police say

The notorious teacher's attorney even says white teachers who work in the Bronx deserve combat pay.

The Daily News exclusively reported in February that Middle School 118 teacher Patricia Cummings singled out black students and told them to lie on the floor for a lesson on U.S. slavery — and then stepped on their backs to show them what it felt like, according to several students and one staffer.

PAID POST                                                               What Is This?

 

**MAGA MADNESS: These Hollywood Elites Are Secretly "Team Trump"**

SEE MORE

Sponsored Content by Fallbrook 24/7

The story sparked protests and reactions from an array of elected officials – but Cummings says in a Notice of Claim filed in anticipation of a lawsuit against "the city, parents, students and the media" that the account of the lesson is all wrong. She says she was the victim of reverse discrimination, defamation, negligence and other claims worth the eye-popping sum.

[More New York] Woman arrested for Brooklyn hit and run dies of brain tumor »

Her Notice of Claim — which says she's owed $120 million in damages — even states that the lawsuit could become a class action reverse racism suit worth upwards of $1 billion.

"It's a scandal," Cummings' attorney Tom Liotti said. "There is blatant racism and reverse discrimination in the public schools of New York City. This is why white parents do not want to send their children there."

Liotti said its past time for the Board of Education to wake up to reverse racism.

[More New York] Mayor Bill de Blasio slams NYPD lieutenant who said Eric Garner's death 'Not a big deal' »

"It's no longer the blacks and minorities who are being discriminated against," he said. "It is discrimination against white teachers who are making great sacrifices to be there."

In Cummings' version of the lesson on Jan. 9, she took advantage of a "teachable moment" after showing a five-minute clip from the movie "Freedom."

Jennifer Aniston could get back together

Video shows 74-year-old man pushed from bus by woman now facing murder charge in his death

Man fatally shot in head on Brooklyn street

AOC says Trump's y-u-u-uge losses shows he might've done something 'shady'

by Taboola

ADVERTISEMENT

ADVERTISEMENT

She says she asked four students to sit close together to show "cramped conditions" aboard a slavery ship crossing the Middle Passage.

[More New York] New York to shutter 2 prisons, including Lincoln Correctional Facility that overlooks Central Park in NYC »

Bu she denied that any child laid on the floor at any time during the demonstration and denied making any physical contact with any student.

Cummings also alleges that Education Department investigators ignored evidence and a witness who backed up her version of events.

But DOE spokesman Doug Cohen said an investigation into Cummings' actions determined she used poor judgment.



Patricia Cummings, social studies teacher, leaving MS 118, at 577 E179 St., Bronx, New York. Cummings reportedly had students, including minorities, lay on the floor to pretend they were slaves during class. February 1, 2018 (Andrew Savulich / New York Daily News)

"We've begun the process of firing Ms. Cummings based on an investigation of this unacceptable behavior and her performance as an educator," Cohen said. "We'll review this baseless lawsuit."

The News story sparked a public outcry.

Mayor de Blasio, Councilman Jumaane Williams, other politicians and even Power 105 radio host Charlamagne Tha God all wrongly humiliated Cummings and labeled her a racist, her claims says.

[More New York] NYPD cop arrested for hiring hitman to kill her ex-husband: authorities »

"The Bronx has been described by some as a 'war zone.' White teachers who work there should get combat pay," Liotti said.

"This is a case of blatant, reverse discrimination and we are going to teach the City and those responsible a lesson. This goes for Mayor de Blasio who will have to learn that his constituents are multi-ethnic, racial and religious. They

The Notice of Claim strongly criticizes The News' coverage of the lesson. The claim states that The News relied on the account of one student in Cummings' class, when in fact the article quoted two different students and reported that students and a staffer described what happened.

[More New York] Skeletal 'Broadway Bandit,' suffering from terminal cancer, appears in court on latest bank robbery charge »

The DOE moved Cummings out of the classroom and into a rubber room after the incident. She says an investigation "exonerated her from the false allegations."

But Education Department officials said Cummings received a discontinuance notice on September 17th notifying her she'd be fired in 30 days.

Cummings held a probationary position as a teacher and probationary teachers have an opportunity to present information to challenge the process during those 30 days, as well as the right to appeal.

[More New York] Two suspended after Correction officer fight at Manhattan criminal court: sources »

Rev. Kevin McCall, Crisis Director for the National Action Network, said the city did the right thing in seeking to terminate Cummings.

"The Department of Education did a thorough investigation as we asked them to. This is nothing but a case of stupidity," McCall said. "We will be sending a letter thanking the Chancellor for doing what is right."

Topics: Educators

---

**Stephen Rex Brown**
New York Daily News                           CONTACT

Stephen Rex Brown is a reporter covering New York City courts for the New York Daily News.

**Ben Chapman**
Education Reporter                            CONTACT

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.