# Exhibit "J"

DAILY NEWS NYDailyNews.com     Saturday, March 9, 2019   5

# RACE-RAGE LESSON

## Parents irate over slave sale at school

**BY ELLEN MOYNIHAN AND BEN CHAPMAN**
NEW YORK DAILY NEWS

A white teacher at a Westchester County school held a mock slave auction with her black students as part of a fifth-grade history lesson for her class — plunging the private institution into chaos, a parent and sources with knowledge of the situation told the Daily News Friday.

Administrators at the Chapel School in Bronxville are investigating the allegation that the teacher allowed her white students to bid on black students who pretended to be slaves during a fake auction Tuesday.

The matter is being investigated by school officials and is also being probed by state Attorney General Letitia James.

Vernex Harding (below), of Bronxville, said her son, who is black, was one of the students singled out by teacher Rebecca Antinozzi for the controversial history lesson.



Harding said her family is rattled by the incident and she's spoken to the school's leadership.

"I'm shocked and infuriated that this happened to my son," said Harding, who is an educational administrator at another school. "I'm very shaken."

Harding said her son told her Tuesday night that Antinozzi brought three of her black students out of the classroom and into the school hallway where she pretended to place them in shackles.

Harding said Antinozzi then brought the three black students back into class



Chapel School teacher Rebecca Antinozzi (inset) caused a furor by reportedly using black students to pose as slaves while white students pretended to be buyers for fifth-grade lesson on slavery.



where she conducted a mock slave auction of the students, with the white kids in class posing as wealthy slave owners and the teacher acting as auctioneer.

"The children were encouraged to bid on them," Harding said. "My son was humiliated."

Harding said multiple students were made uncomfortable by the lesson, including white kids, and that Antinozzi duplicated the mock auction in a second fifth-grade class.

Joshua Kimerling, an attorney who represents Antinozzi, said the allegations are incorrect and that she never meant to offend anyone with her lesson.

"The portrayal of the history lesson that has been reported is inaccurate, out of context, contains false facts and ignores the overwhelming support of Ms. Antinozzi from dozens of parents at the school," Kimerling said. "To the extent anyone took offense to a small portion of the overall lesson that day, it certainly was never intended."

Chapel School principal Michael Schultz said, "We're in midst of an investigation and we are unable to give any other comment at this time."

James said, "The reports of racist 'lessons' by a teacher at The Chapel School are deeply troubling."

She added, "My office is monitoring this matter closely."

Founded in 1947, the Chapel School is located in an upscale section of the Bronxville neighborhood. Tuition at the school ranges from $5,000-$13,900.

Harding said black students are a small minority at Chapel and that the school has encountered race problems in the past, including reports that black students are disciplined unfairly.

Other parents said they were distressed to hear of the incident.

"Everyone's really sad about it," said one parent who asked to remain anonymous, citing a request from school officials to refrain from speaking with the media. "I don't know why she thought that would be acceptable."

But another parent, Dwayne McKinley, who has a child at the school in the fourth grade, said he knows Antinozzi — and she's not racist.

"She likes to reenact a lot of stuff," said McKinley, who is black.

McKinley said he believes the lesson had been taken out of context and he's not angry.

The allegations echo a 2018 incident involving former Bronx Middle School 118 teacher Patricia Cummings.

Cummings caused a furor after several students and one staffer claimed that she singled out black students and told them to lie on the floor and then pressed on their backs for a lesson on U.S. slavery.

A city Education Department investigation found that Cummings used poor judgment in the lesson but did not substantiate allegations by one student that she pushed her knee into students' backs. Cummings was fired as a result of the investigation and her overall performance as an educator in October.

Cummings has said accounts of the lesson were all wrong and that she was the victim of reverse racism.

She is suing the Education Department and various individuals and entities including The News in a suit that her attorney said could become a class action worth as much as $1 billion.