UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CUMMINGS,<br><br>              *Plaintiff*,<br><br>– against –<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>              *Defendants*. | Case No.: 19-cv-01664-SJF/SIL |

### DECLARATION OF CYNTHIA E. NEIDL

CYNTHIA E. NEIDL hereby declares pursuant to 29 U.S.C. § 1746:

1. I am a shareholder in Greenberg Traurig, LLP, attorneys for Defendant Lenard Larry McKelvey a/k/a Charlamagne tha God ("Defendant Charlamagne"), and admitted to practice in this Court. I submit this Declaration to provide the Court with a document in support of Defendant Charlamagne's Rule 12(b)(6) motion to dismiss the Complaint in its entirety and with prejudice.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a certified stenographic transcript of the complete "Donkey of the Day" segment from *The Breakfast Club* broadcast on February 7, 2018, containing the commentary challenged by the Complaint.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:   July 1, 2019                                    */s/ Cynthia E. Neidl*
                                                                  CYNTHIA E. NEIDL