# EXHIBIT 1



# Albany Court Reporting
## 518-557-5180
*Delivering excellence…one word at a time.*™

NATIONALLY SYNDICATED RADIO SHOW

THE BREAKFAST CLUB
MINUTES FROM
**"DONKEY OF THE DAY"**

AIRED ON:  FEBRUARY 07, 2018



ORIGINAL

www.albanycourtreporting.com
scheduling@albanycourtreporting.com

Transcribed by:

ACR Job# :      18-0207T

Realtime Reporting | Legal Video | Videoconferencing | Conference Rooms | CART

THROUGHOUT NEW YORK STATE AND BEYOND

MINUTES

from

Nationally Syndicated Radio Show

THE BREAKFAST CLUB

"DONKEY OF THE DAY"

Aired February 7, 2018

Hosted by

Charlamagne tha God

with

DJ Envy and Angela Yee

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180    e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1  **Donkey of the Day - Segment Aired February 7, 2018**

2              RECORDED INTRO PLAYS:

3              MALE VOICE:  You are a Donkey.

4              (LAUGHTER)

5              MALE VOICE:  It's time for

6       Donkey of the Day.

7              MALE VOICE:  Donkey of the Day,

8       huh.  I'm gonna fatten all that shit

9       around your eye.

10             MALE VOICE:  They want this man

11      to throw them blows, man. They wait

12      for Charlamagne to tap these gloves.

13      Let's go.

14             FEMALE VOICE:  They have to

15      make a judgment of who was gonna be on

16      the Donkey of the Day.  They chose

17      you.

18             VOICE:  Yes.

19             MALE VOICE:  The Breakfast

20      Club, bitches.

21             MALE VOICE:  Who's Donkey of

22      the Day today?

23

Page 2

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180    e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1   **Donkey of the Day - Segment Aired February 7, 2018**

2   SEGMENT BEGINS:

3   CHARLAMAGNE:  Well, Donkey of

4   the Day for Wednesday, February 7th,

5   goes to a middle school teacher in The

6   Bronx named Patricia Cummings.

7   Kids, seriously, when are you

8   gonna start listening to your Uncle

9   Charla? What do I tell ya'll all the

10  time? The craziest people in all of

11  America come from The Bronx and all of

12  Florida.  I could literally do a story

13  from The Bronx or Florida for Donkey

14  of the Day every day if I wanted to,

15  literally, because people in The Bronx

16  and people in Florida show you that

17  it's levels to this thing called

18  stupid sometime.

19  Now, Patricia Cummings teaches

20  at a middle school, Middle School 118,

21  and she teaches Social Studies, and

22  she decided that she wanted to give

23  the students a history lesson on the

Page 3

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180    e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1  **Donkey of the Day - Segment Aired February 7, 2018**

2        good old American pastime called

3        slavery.

4            Now, it's Black History month,

5        ladies and gentlemen, and one of the

6        main problems I have with America's

7        version of black history is that when

8        white people teach us about us, they

9        usually start at slavery, but we know

10        that's not the case, right.

11            In the words of the late, great

12        Malcolm X, "Our history did not begin

13        in Chains."  But that's where white

14        people in America like to begin to

15        tell our story, all right. They don't

16        teach young black kids that our people

17        built some of the greatest monuments

18        ever, like pyramids. They don't teach

19        that calculus and geometry all go back

20        to African scholars.  They not gonna

21        teach you about the kingdoms of Kush

22        and Mali and Ghana, where every day,

23        every day, looked like a Black Panther

Page 4

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1  **Donkey of the Day – Segment Aired February 7, 2018**

2          movie premier, okay.

3                  They not gonna teach you about

4          ancient Egyptians who were, no doubt,

5          black Africans and pro -- and who

6          probably had the most influential

7          civilization of all time.

8                  Whatever you think the

9          fictional country of Wakanda was our

10         people were, minus the Vibranium.

11                 Now, see, the problem with

12         Black History Month is that this

13         country loves to focus on slavery,

14         like that's where it started for us,

15         when, in reality, it should be a time

16         to bring to light the stories of

17         people from Africa who have

18         contributed so much to who and what we

19         are today in this society.

20                 But nope, that's not what

21         Patricia Cummings did. See, Patricia

22         Cummings decided to give these kids

23         the lesson on slavery and she put

Page 5

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1 **Donkey of the Day – Segment Aired February 7, 2018**

2 extra mayonnaise on it. Oh, that

3 Hellmann's is heavy on this one.

4 See, Patricia Cummings was

5 teaching kids about the Middle

6 Passage.

7 You do know what the Middle

8 Passage is, right?

9 FEMALE VOICE: Mm-hmm.

10 CHARLAMAGNE: It's when

11 Africans were kidnapped, stolen,

12 boosted from Africa and brought to

13 America as part of the slave trade.

14 Now, let's keep in mind that

15 the kids in this school are 81 percent

16 black and Hispanic and three percent

17 white.

18 Quick sidenote. I would love

19 to know how many black and Spanish

20 teachers this school has, because you

21 can avoid problems, like the one

22 Patricia caused for herself, if you

23 simply have us teaching us.

Page 6

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p: 518-557-5180    e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1    **Donkey of the Day - Segment Aired February 7, 2018**

2                    Now, some of the kids have

3              spoken out and want to remain

4              anonymous, but one of 'em said, "It

5              was a lesson about slavery in the

6              Triangle Trade, so she picked three

7              black kids to participate."

8                    And to hear what happened next,

9              let's go to CBS 2 News New York.

10                   REPORTER FROM CBS NEWS:  At

11             Middle School 118 in East Tremont, The

12             Bronx, a notice about Black History

13             Month is the first thing you see

14             inside the door.  But this year's

15             commemoration is marred by

16             controversy.

17                   Students claim 7th grade Social

18             Studies teacher, Trisha Cummings, told

19             several black children to lie on the

20             floor during a lesson about the slave

21             trade and the cruel conditions aboard

22             slave ships.

23                   When one girl laughed

Page 7

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1   **Donkey of the Day – Segment Aired February 7, 2018**

2              uncomfortably, Cummings allegedly

3         stepped on her back saying, "See how

4         it feels to be a slave."

5                   MALE VOICE:  Damn.

6                   REPORTER FROM CBS NEWS:  Chance

7         Lohr Farina told me Cummings has been

8         temporarily reassigned away from

9         students.

10                  CHARLAMAGNE:  What's up, man.

11                  FEMALE VOICE:  Wow.

12                  CHARLAMAGNE:  What's up, man.

13        Why -- why ya'll just be trying to

14        give you to you, cracker-ass cracker

15        man.  I just told you that the school

16        is 81 percent black and Hispanic, so I

17        have one question:  Why is Patricia in

18        the kitchen on Soul Food Sundays?

19                  When it's time to make a nice

20        quiche, call Patricia. You know good

21        and damn well when you let Patricia

22        make the potato salad, she

23        heavy-handed with the mayonnaise. So

Page 8

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:   518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1  **Donkey of the Day – Segment Aired February 7, 2018**

2         why, oh why, is she in the kitchen on

3         Soul Food Sundays?

4             Okay, the same way people have

5         to take diversity interview questions

6         at jobs, teachers should not only have

7         to answer those diversity questions,

8         but if you a white teacher teaching a

9         majority black and Hispanic class, you

10        should have to run those lesson plans

11        by some type of diversity board at the

12        school to make sure you talking the

13        right language to the kids, especially

14        when it comes to sensitive subjects

15        like slavery, all right.

16             Patricia, why would you want

17        kids to know what slavery feels like?

18        You could have showed them the horror

19        of slavery by simply letting them

20        watch "12 Years a Slave," okay.

21             You could have put "Roots" on

22        in the classroom, the old one or the

23        remake.

Page 9

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1  **Donkey of the Day - Segment Aired February 7, 2018**

2  You could have put "Birth of a

3  Nation" and showed them the horror of

4  slavery but also how the great Nat

5  Turner fought back.

6  But no, you would rather lay

7  kids on their stomach and step on

8  their backs because, truth be told,

9  you wanted to break their spirits. You

10  wanted to give them an inferiority

11  complex. It has to be that. Because I

12  can't think of any other reason you

13  would want kids to know what slavery

14  feels like.

15  Why would you want kids to feel

16  that way?  Especially black and

17  Hispanic kids, who will probably still

18  have to deal with oppression and

19  marginalization today.  Why not give

20  the kids some required reading about

21  slavery and let them come to their own

22  conclusions?

23  As dumb as I am, ya'll know I'm

Page 10

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180    e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1 **Donkey of the Day – Segment Aired February 7, 2018**

2              not the highest grade of weed in the

3              dispensary, but a simple Google search

4              will take you to a Huff Post article,

5              and the headline is, "13 Honest Books

6              About Slavery Young People Should

7              Actually Read".  Okay, the article is

8              in the Culture and Arts section and

9              it's by Claire Fallon.

10                   You can recommend books like

11              "Moses, When Harriet Tubman Led Her

12              People to Freedom".

13                   You can recommend "Dave the

14              Potter," a book about David Drake that

15              I read. David Drake was an artist, a

16              poet and a slave from my state, South

17              Carolina.

18                   "Sweet Clara and the Freedom

19              Quilt," it's a picture book about the

20              painful images -- images of slavery,

21              but it tells the story of a young girl

22              who hides a map to freedom in her

23              quilt design.

Page 11

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180      e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1   **Donkey of the Day – Segment Aired February 7, 2018**

2                It was all kind of lesson plans

3           you could have gave these kids other

4           than laying them on the floor on they

5           stomachs and stepping on they backs.

6                See, I refuse to believe that

7           Patricia Cummings, a middle school

8           teacher making over $68,000 a year,

9           doesn't know any better and that she

10          couldn't do any better.

11               I could have created a better

12          lesson plan for these kids, and my

13          lesson plan would have actually had

14          some redeeming qualities to it.

15               I need Patricia Cummings to

16          explain what was the redeeming value

17          in this lesson, okay.  She wanted kids

18          to feel how it felt to be a slave? You

19          gonna lay someone's child on their

20          stomach, put your foot in their back

21          and say, "How does it feel?"

22               I tell you how it feels.  It

23          feels like a white devil got her hoof

Page 12

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:   518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1   **Donkey of the Day – Segment Aired February 7, 2018**

2            in my back, all right. It feels like I

3            want to slap fire out of a racist

4            bigot, cracker-ass cracker. There is

5            absolutely no reason for this, no

6            redeeming value in this lesson.

7                 And if you're wondering,

8            Patricia Cummings was removed from her

9            post for a couple days but then she

10           returned to class and was in school on

11           Thursday. But how -- and now they have

12           reassigned her away from children

13           after the New York Daily News

14           contacted the City Education

15           Department about her slavery lesson.

16                 Some Donkey of the Days just

17           sell themselves.  Please give Patricia

18           Cummings the biggest hee-haw.

19                 (RECORDED AUDIO PLAYED)

20                 CHARLAMAGNE:  Now, she owe

21           somebody mama five minutes.

22                 ** END OF PROVIDED RECORDING **

23

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**

1              C E R T I F I C A T I O N

2

3

4

5              I, Agata Davis, certify that

6         the foregoing transcript of the

7         Donkey of the Day Radio Broadcast

8         aired on February 7, 2018, was

9         prepared using the required

10        electronic transcription equipment

11        and is a true and accurate record

12        of the proceedings provided by

13        audio recording to transcribe.

14

15

16     _____*Agata Davis*_____

17              Agata Davis

18

19

20

21

22

23

Page 14

**ALBANY COURT REPORTING**
**Delivering excellence...one word at a time.™**
**p:  518-557-5180     e: scheduling@albanycourtreporting.com**
**www.albanycourtreporting.com**