# EXHIBIT 2

# EXHIBIT 2

| COMMENTS IDENTIFIED IN COMPLAINT ¶ 106<br>THAT DO NOT CONVEY A DEFAMATORY MEANING |
|---|
| "Now Patricia Cummings teaches at a middle school, middle school 118, and she teaches social studies.  She decided that she wanted to give the students a history lesson on the good old American pastime called slavery.  Now, it's Black History Month ladies and gentlemen, and one of the main problems I have with America's version of black history is that when white people teach us about us they usually start at slavery.  But we know that's not the case, right?  In the words of the late, great, Malcom X, our history did not begin in chains, but that's wh[ere] white people in America like to begin our story." |
| "See, Patricia Cummings decided to give these kids a lesson on slavery and she put extra mayonnaise on it.  Oh the Helmans is heavy on this one.  You see, Patricia Cummings was teaching kids about the Middle Passage—You do know what the Middle Passage is, right?  It's when Africans were kidnapped, stolen, boosted from Africa and brought to America as part of the slave trade." |
| "Now let's keep in mind that the kids in this school are 81% black and Hispanic and 3% white.  Quick side-note, I'd love to know how many black and Spanish teachers this school has because you can avoid problems like the one Patricia caused for herself if you simply have us teaching us." |
| "If you a white teacher teaching [a] majority black and Hispanic class you should have to run those lesson plans by some type of diversity board at the school to make sure you talkin' the right language to the kids, especially when it comes to sensitive subject[s] like slavery." |