LAW OFFICES OF
# THOMAS F. LIOTTI, LLC
600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
---------
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO∗
SARA V. SALMERON
∗Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

KATURIA D'AMATO
Of Counsel

Sent via ECF only

September 4, 2019

Hon. Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Cummings v. The City of New York, et al
      Case No.: 19-cv-07723-CM
      Plaintiff's Opposition/Responsive Papers Due: 09/06/2019

Dear Judge McMahon:

My office represents the plaintiff, Patricia Cummings, in connection with the above-referenced action.

I am writing to respectfully request a two (2) week extension of time for the plaintiff to file and serve opposition papers to the multiple motions to dismiss made by the defendants. There are currently four (4) motions to dismiss the plaintiffs complaint made on behalf of:

> (1) the "City" defendants (consisting of The City of New York, New York City Department of Education, City of New York Office of Special Investigations, NYC Mayor Bill DeBlasio, Giulia Cox, Courtney Ware, Councilman Jumaane D. Williams and Councilman Daniel Dromm);

> (2) defendants Daily News, L.P. (sued herein as New York Daily News) and Ben Chapman;

✧Fellow, American Board of Criminal Lawyers

*LAW OFFICES OF THOMAS F. LIOTTI, LLC*
September 4, 2019

To: Hon. Colleen McMahon, Chief Judge
United States District Court - Southern District of New York

Re: <u>Cummings v. The City of New York, et al</u>
Case No.: 19-cv-07723-CM

---

    (3) defendants Dr. Andre Perry and The Hechinger Report a/k/a Hechinger Institute On Education And The Media; and

    (4) defendant Lenard Larry McKelvey a/k/a Charlamagne Tha God.

As there are numerous defendants, the plaintiff must address and oppose the specific allegations made by each defendant in support of his/her/their motion to dismiss. This is a very intricate case involving violations of the plaintiff's civil rights and libelous and slanderous accusations made against her.

Further, my firm has had a congested court appearance calendar and depositions. My Associate, Lucia Ciaravino, Esq., who is assisting me in this matter, is scheduled to continue a trial tomorrow, September 5, 2019, in the Nassau County Family Court, in the matter of <u>Alisa Jones v. Michael Jones</u>, File No. 607346, Docket No(s): F-06794-18/18C and F-06794-18/19D.

Based on all of the foregoing, I respectfully request that the time for the plaintiff to submit opposition/responsive papers to the multiple motions to dismiss be extended for two (2) weeks, to and including **September 20, 2019**, with the defendants time to submit reply papers extended from September 25, 2019 to October 9, 2019. This is the first request for an extension of time requested by the plaintiff.

There will be no prejudice to any of the defendants if this extension of time is granted to the plaintiff. However, the penalty to the plaintiff will be unduly harsh if the extension is denied.

Thanking the Court for its consideration of this request, I am

                                                Respectfully,

                                                Thomas F. Liotti (TL 4471)

jml
cc: Counsel for Appearing Defendants (via ECF)