

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALIZA J. BALOG**
Assistant Corporation Counsel
phone: (212) 356-1104
fax: (212) 356-1148
e-mail: abalog@law.nyc.gov
*E-Mail and Fax Not For Service*

September 5, 2019

**By ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re:  *Patricia Cummings v. The City of New York, et al.*,
           19 Civ. 07723 (CM)
           Our No. 2018-080725

Dear Judge McMahon:

      I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants The City of New York, NYC Mayor Bill de Blasio, former Councilmember, and now Public Advocate, Jumaane D. Williams, and Councilmember Daniel Dromm (together the "City Defendants"), as well as the New York City Department of Education, City of New York Office of Special Investigations, Giulia Cox, and Courtney Ware (together the "DOE Defendants") in the above referenced matter.

      I write regarding plaintiff's September 4, 2019, letter motion for an extension of time to respond to the City and DOE Defendants' motion to dismiss.  The City and DOE Defendants take no position on plaintiff's request, but, if the Court is inclined to grant the motion, the City and DOE Defendants seek an extension of time to submit a reply from October 9, 2019 to October 23, 2019.  I am making this request because October 9, 2019 is Yom Kippur and I will be out of the office that day and several other days in the first two weeks of October in observance of Rosh Hashanah and Yom Kippur.  In addition, it is my understanding that counsel for Mr. McKelvey has a trial the week of October 7th.  Counsel for the Hechinger Defendants has consented to this extension request.

2

                                                  Respectfully Submitted,

                                                  /s/ Aliza J. Balog
                                                  Aliza J. Balog
                                                  Assistant Corporation Counsel

cc:       Counsel of Record (via ECF)