Cynthia E. Neidl
Tel (518) 689-1435
Fax (518) 689-1499
neidlc@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/19

September 9, 2019

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

MEMO ENDORSED

OK.

/s/ Colleen McMahon
9/9/19

Re:  *Patricia Cummings v. The City of New York et. al.*,
S.D.N.Y. Case No. 1:19-cv-07723-CM

Dear Chief Judge McMahon:

We are counsel to defendant Lenard Larry McKelvey a/k/a Charlamagne tha God in the above-referenced action, and write respectfully to request an extension of time to submit a reply memorandum of law from October 9, 2019, to October 23, 2019.

The reason for this request is we have a trial scheduled to begin the week of October 7, 2019 in Massachusetts. Our request is consistent with the requests made by the New York City and State Defendants (Dkt. No. 43), and the New York Daily News (Dkt. No. 44).

Thank you for your attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG LLP

*/s/ Cynthia E. Neidl*

Cynthia E. Neidl

CEN/rsb

cc:  Via ECF
     Counsel of Record

*ACTIVE 45661967v2*