**Exhibit "A"**



$1.50 · NYDailyNews.com

SPORTS FINAL

Windy, 30/16, Friday, February 2, 2018

# DAILY NEWS

# TOP DOGS VS. UNDERDOGS

## SUPER BOWL SPECIAL SECTION
## INSIDE

New England Patriots QB Tom Brady had dye on history.

12

Philadelphia Eagles Chris Long wears mask to underdog.

56

# SLAVE TEACH OUTRAGE

Bronx middle school teacher Patricia Cummings (above) has been removed from classroom while officials look into shocking slave lesson.

## PAGE 6

● Made black students lie facedown on floor
● Asked them: 'See how it feels to be a slave?'

Exhibit "B"

TOPICS          SEARCH

SUBSCRIBE
Get 10 FREE weeks          LOG IN

Behind the scenes of the final
straw in the Jets rift between
Adam Gase and Mike...


President Trump's Air Force
One video trashing Mayor Bill
de Blasio may have violated...


NYPD cop arrested for hiring
hitman to kill her ex-
husband: authorities

Ashley Massaro, forme
star from New York, de
39


EDUCATION          NEW YORK

# Bronx teacher sparks outrage for using black students in cruel slavery lesson

By **KERRY BURKE**, **ESHA RAY** and **BEN CHAPMAN**    FEB 01, 2018   |   9:00 PM

  



ADVERTISEMENT

Kids and parents say this Bronx teacher needs a lesson — in racism.

Middle School 118 teacher Patricia Cummings shocked and traumatized children in her social studies classes when she singled out black students and told them to lie on the floor for a lesson on U.S. slavery — and then stepped on their backs to show them what slavery felt like, students and a staffer said.

Advertisement



## RECOMMENDED

Company owned by Brazilian crooks
received $62 million in Trump bailout cash
meant for struggling U.S. farmers

Power outage delays Yankees-Rays in
ninth inning

Missing pregnant woman found dead in
Chicago home where baby was forcibly
removed from her womb, police say

Woman shot dead leaving work was
married to a drug lord and an actor

Man charged with murder, another kills
himself in bizarre death of University of

Students said Cummings, who is white, pulled the insensitive stunt in multiple seventh-grade classes as part of a unit on the infamous Middle Passage, in which Africans were kidnapped and brought to America as part of the slave trade.

Kids and adults in Cummings' school, where the student body is 81% black and Hispanic and just 3% white, were horrified by the offensive lessons they said occurred roughly two weeks ago.

**PAID POST**                                    What Is This?



### Photographers Captured More Than Expected In These 54 Vintage Photos ⤢

54 Rare Historical Photos

**SEE MORE**

Sponsored Content by **HISTORY DAILY**

"It was a lesson about slavery and the Triangle Trade," said one of Cummings' students, who asked to remain anonymous.

"She picked three of the black kids," the boy said, and instructed them to get on the floor in front of the class. "She said, 'You see how it was to be a slave?' She said, 'How does it feel?' "



Patricia Cummings, a social studies teacher, leaves MS 118 in the Bronx on Thursday. (Andrew Savulich/New York Daily News)

When a girl on the floor made an uncomfortable joke and said she felt fine, Cummings stepped on her back, the student said.

"She put her foot on her back and said 'How does it feel?'" the student said. " 'See how it feels to be a slave?' "

Cummings was removed from her post for a couple of days following the incident but then returned to class and was in school Thursday.

However, the $68,934-a-year teacher was reassigned away from children later Thursday, after the Daily News contacted the city Education Department about her slavery lesson.

"While the investigation has not been completed, these are deeply disturbing allegations, and the alleged behavior has no place in our schools or in society," said Education Department spokeswoman Toya Holness.

MS 118 Principal Giulia Cox declined to comment.

Teacher Patricia Cummings was reassigned after lesson at Bronx Middle School 118 in which kids say she had black students lie on the floor as she stepped on them. (Howard Simmons/New York Daily News)

Cummings' students said the lesson followed a showing of a video of slaves being beaten, tortured and thrown over the side of a ship.

"She had students lie on the floor," said another kid who was in one of the lessons. "She was measuring the length and width to show how little space slaves had in the ship. It was strange."

Cummings has worked in city schools since 2016 and is also a school cheerleading coach, according to her LinkedIn profile.

ADVERTISEMENT

ADVERTISEMENT

She refused to discuss her lessons when a reporter approached her after school Thursday.

"Excuse me, I'm not talking to anyone, no," she said, when asked if she stepped on black students in her class.

Cummings quotes Nelson Mandela and Walt Disney on her class web page, which also bears the image of a bald eagle and an American flag.

**You May Like**   Sponsored Links by Taboola

Say RIP To These TV Shows In 2019
Zimbio

Cheap Assisted Living in Garden City is Turni...
Assisted Living | Search Ads

6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet

8 Reasons Why You Should Try Bombas Socks
Bombas

The web page for Cummings, who teaches social studies. (www.misscummingspage.weebly.com)

"Whatever you do, do it well. Do it so well that when people see you do it they will want to come back and see you do it again," reads the Disney quote.

Cummings' ill-conceived lesson isn't the first time a city teacher has grabbed headlines for giving offensive instruction involving slavery.

In 2013, two teachers from Manhattan Public School 59 taught a lesson that used killing and whipping slaves to teach subtraction and multiplication.

Those teachers weren't disciplined, but they did receive training in cultural sensitivity, Education officials said.

Topics: new york public schools, tremont, daily news exclusives

---

**Ben Chapman**
Education Reporter

CONTACT    

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

# Exhibit "C"

ADVERTISEMENT


Sell it
Everything you need to




Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...


President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...

NYPD cop arrested for hiring hitman to kill her ex-husband: authorities


Ashley Massaro, former WW star from New York, dead at 39

# Thousands sign parents' petition demanding action from de Blasio on racist school incidents

 **By BEN CHAPMAN**  |  NEW YORK DAILY NEWS  |  APR 09, 2018  |  11:37 PM

  

ADVERTISEMENT



Natasha Capers, a coordinator for NYC Coalition for Educational Justice, speaks during a demonstration at City Hall on Feb. 6. (James Keivom/New York Daily News)

Do you hear them now, Mr. Mayor?

City parents are giving Mayor de Blasio a petition bearing 20,000 signatures Tuesday that calls on him to act after the Daily News reported on a string of racist incidents in the public schools.

Advertisement



RECOMMENDED

Mother, daughter charged in murder of pregnant teen who was strangled before baby was cut out of her womb



Company owned by Brazilian crooks received $62 million in Trump bailout cash meant for struggling U.S. farmers

Video shows 74-year-old man pushed from bus by woman now facing murder charge in his death

Woman shot dead leaving work was married to a drug lord and an actor

Power outage delays Yankees-Rays in ninth inning

by Taboola

"It's been more than a month since the Daily News broke a story about a white teacher in the Bronx who, in a lesson on slavery and the Middle Passage, made black students in several classes lay face-down on the floor and even stepped on a female student while asking, 'See how it feels to be a slave?' " states the online petition created by the city's largest parent-led coalition, the Coalition for Educational Justice.

"It's been more than a month, and the city has still not taken any steps to ensure that this type of degrading and traumatic incident will not occur again," it continues.

PAID POST                                    What Is This? 

$449.99

BURBERRY BLACK D-RING LEATHER FLAP WALLET

SEE MORE



Sponsored Content by

The petition was circulated by the coalition, along with Color of Change. The Oakland, Calif., group is the nation's largest racial justice organization.



Parents are making another push to get Mayor de Blasio to address racist incidents in schools. (Barry Williams/for New York Daily News)

It calls on the city to expand anti-bias training for city teachers, improve school

ADVERTISEMENT
Carls Fence Co Inc



Proudly Serving Long Island For Over 50 Years

Website    Facebook    Google+    Map

ADVERTISEMENT
Carls Fence Co Inc



curriculum to reflect student diversity and create an "Office of Culturally Responsive Education" within the city Education Department.

Bronx Middle School 118 teacher Patricia Cummings, who's accused of presenting the racist slavery lesson, was reassigned to a rubber room on Feb. 1 after The News published reports of her actions. Education Department officials are investigating the allegations.

The News' reports of racist incidents at MS 118 and other city schools have prompted a string of protests since February.

After the story about the slavery lesson, The News reported about the refusal by administrators at Christ the King High School in Queens to allow student Malcolm Xavier Combs display the name — his name — "Malcolm X" on the back of his senior sweater.



Teacher Patricia Cummings has been relegated to a rubber room over accusations that she conducted a racist slavery lesson. (Andrew Savulich/New York Daily News)

The school still refuses to allow Combs to wear his name, and that of his namesake, on his school sweater. Combs' attorney filed a complaint with the city Human Rights Commission over the matter on April 3.

The city is also investigating reports The News published in February that a Bronx principal barred the teaching of black history lessons at her school.

A spokeswoman for Mayor de Blasio didn't respond to a request for comment on the petition.

**Ben Chapman**
Education Reporter

CONTACT

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.



Proudly Serving Long Island For Over 50 Years

Website    Facebook    Google+    Map

ADVERTISEMENT



One Stop Solution For All Your Traffic Ticket Needs. Learn More Now!

ADVERTISEMENT
All-Star Roofing, Inc.

Exhibit "D"

TOPICS

SUBSCRIBE
Get 10 FREE weeks

LOG IN

Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...


President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...


Ashley Massaro, former WWE star from New York, dead at 39

NYPD cop arrested hitman to ki husband: au.......


ADVERTISEMENT

NEW YORK

# City to spend $23M for anti-bias training for public school educators

By BEN CHAPMAN
NEW YORK DAILY NEWS  |  APR 26, 2018

  



Chancellor Richard Carranza lauded the cultural sensitivity training for city educators, which Mayor de Blasio unveiled in the 2019 budget. (Jefferson Siegel/New York Daily News)

The city will spend $23 million for anti-bias training of city educators after the Daily News exposed shocking instances of racism in public schools.

In February, The News uncovered allegations of a white Bronx teacher who stepped on a black student during a lesson on slavery, a Bronx principal who barred black history lessons and a Park Slope PTA group that used blackface imagery in gala invites.

Advertisement



ADVERTISEMENT

The stories fueled demonstrations across the city from activists who had pushed for anti-bias training for months without response from the city.

Now the 2019 city budget unveiled by Mayor de Blasio includes millions in funding for the training and a plan to offer anti-bias training to all city educators by 2021.

PAID POST                                                                                    What Is This?



**Pole Vaulter Allison Stokke Is Finally Talking About The Photo Changing Her Life** ↗

SEE MORE

Sponsored Content by 

Chancellor Richard Carranza lauded the cultural sensitivity training for city educators.

"This is a real step forward for serving New York City's kids and families," Carranza said. "Culturally responsive teaching meets our kids and families where they are, and tailors the way we teach and serve our kids to their unique backgrounds and the experiences they bring into the classroom."

The city will spend $4.8 million on implicit bias- and culturally responsive practice training in fiscal year 2019, which begins July 1. That's up from just $660,000 on the programs in fiscal year 2018.

The budget for the programs also includes $6.9 million for the programs in 2020, $6.2 million for 2021 and $5.5 million for 2022.

NYC Coalition for Educational Justice Coordinator Natasha Capers, who organized many of the rallies calling for anti-bias training, said thousands of parents have worked hard to bring racial justice to city classrooms.

"We look forward to working with Chancellor Carranza and NYC educators to fulfill the promise of this initiative and begin the important work of diversifying curriculum and course offerings as well," Capers said.

---

**Ben Chapman**
Education Reporter

 

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

ADVERTISEMENT

**RECOMMENDED**

Pennsylvania man has his scrotum torn open by angry girlfriend, leaving him with a bleeding testicle

Company owned by Brazilian crooks received $62 million in Trump bailout cash meant for struggling U.S. farmers

Exhibit "E"



Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...



President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...

NYPD cop arrested for hiring hitman to kill her ex-husband: authorities



Ashley Massaro, former WW star from New York, dead at 39

ADVERTISEMENT



Charles Schwab          How to Pick an ETF          Learn more

EDUCATION    NEW YORK

# Bronx educators accused of racism still under investigation, still on payroll

By **BEN CHAPMAN**    JUL 09, 2018    |    5:00 PM



Patricia Cummings, social studies teacher at Middle School 118, stepped on students' backs to show what slavery was like. (Andrew Savulich / New York Daily News)

Advertisement





ADVERTISEMENT

ROSEWE

  



SHOP NOW ▶

RECOMMENDED

Mother, daughter charged in murder of pregnant teen who was strangled before baby was cut out of her womb

City Department of Education officials have failed to conclude investigations of two Bronx educators accused of racist acts roughly five months after launching their probes — and both educators still have their jobs, the agency said Monday.

PAID POST                                                                What Is This?

 

**People Are Getting Ripped off Keto** ⧉

SEE MORE

Sponsored Content by OUTBRAIN INTERACTIVE

On Feb. 1, the Daily News broke the story of Middle School 118 teacher Patricia Cummings, who sparked outrage around the globe after students and teachers reported that she singled out black students and told them to lie on the floor for a January lesson on the slave trade — and then stepped on their backs to show them what slavery felt like.

[More Education] 'Nightmare' school bus attendant takes plea »

Cummings was reassigned to the rubber room after the allegations against her went public but she's still on the city payroll and could return to the classroom when classes resume in September.



Intermediate School 224 Principal Patricia Catania was accused of barring Black History Month lessons. (LinkedIn)

Likewise, Middle School 224 principal Patricia Catania remains on the job – and has retained her leadership position at the school — while investigators probe allegations that she barred Black History Month lessons and confiscated a

Pennsylvania man has his scrotum torn open by angry girlfriend, leaving him with a bleeding testicle

Power outage delays Yankees-Rays in ninth inning

Company owned by Brazilian crooks received $62 million in Trump bailout cash meant for struggling U.S. farmers

Renowned architect I.M. Pei dead at 102

by Taboola

ADVERTISEMENT

ADVERTISEMENT

student-made poster celebrating the trailblazing African-American singer and actress Lena Horne.

MS 224 teacher Mercedes Liriano, who first reported the accusations against Catania, said that investigators visited the school 49 times since the News broke the story of the controversy at her school on February 10.

[More Education] Asian parents push stronger school integration fixes »

"We all cannot believe that the DOE has dragged this out," Liriano said. "After all we have gone through this school year with such bad leadership, this shows that the DOE doesn't really care."

The two cases were part of a series of News stories on accusations of racism in city schools that prompted demonstrations around the city, prompting Mayor de Blasio to set aside $23 million for anti-bias training for city educators in April.

ADVERTISEMENT



Teacher Mercedes Liriano speaks at a rally outside Intermediate School 224 in the Bronx on Feb. 15.. (Gardiner Anderson for New York Daily News)

Catania, 49, a 26-year veteran of city schools who has an otherwise clean disciplinary record and earns $154,257 a year, didn't respond to a request for comment.

[More Education] Hillary Clinton to deliver Hunter College commencement »

Cummings, 37, who's worked in city schools since 2006 and earns $68,934, didn't respond to a request for comment either.

Education Department officials said that probes of the kind facing Catania and Cummings may take up to several months to complete.

Department spokesman Douglas Cohen said that city investigators are still working both cases.

"Information about the allegations is being thoroughly gathered and reviewed so these cases can be concluded fairly and appropriately," Cohen said. "We take these allegations seriously and will ensure any necessary follow-up action is swiftly taken based on the findings of the investigations."

Topics: Educators, Middle Schools

ADVERTISEMENT

AdChoices ▷



**Ben Chapman**
Education Reporter

CONTACT  

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.



Download our mobile app
Subscribe for unlimited access

About Us
Careers
Site Map
Media Kit
Special Sections
Manage Subscription
The Active Times
Terms of Service

Contact Us
Frequently Asked Questions
Place an Ad
Contests
BestReviews
The Daily Meal
Privacy Policy

Copyright © 2019, New York Daily News

# Race-flap educators not slapped

**BY BEN CHAPMAN**
NEW YORK DAILY NEWS

City Department of Education officials have failed to conclude investigations of two Bronx educators accused of racist acts roughly five months after launching their probes — and both educators still have their jobs, the agency said Monday.

On Feb. 1, the Daily News broke the story of Middle School 118 teacher Patricia Cummings, who sparked outrage around the globe after students and teachers reported that she singled out black students and told them to lie on the floor for a January lesson on the slave trade — and then stepped on their backs to show them what slavery felt like.

Cummings was reassigned to the rubber



LINKEDIN
**Patricia Catania**



ANDREW SAVULICH/DAILY NEWS
**Patricia Cummings**

room after the allegations against her went public but she's still on the city payroll and could return to the classroom when classes resume in September.

Likewise, Middle School 224 principal Patricia Catania remains on the job — and has retained her leadership position at the school — while investigators probe allegations that she barred Black History Month lessons and confiscated a student-made poster celebrating the trailblazing African-American singer and actress Lena Horne.

MS 224 teacher Mercedes Liriano, who first reported the accusations against Catania, said that investigators visited the school 49 times since the News broke the story of the controversy at her school on February 10.

"We all cannot believe

that the DOE has dragged this out," Liriano said. "After all we have gone through this school year with such bad leadership, this shows that the DOE doesn't really care."

The two cases were part of a series of News stories on accusations of racism in city schools that prompted demonstrations around the city, prompting Mayor de Blasio to set aside $23 million for anti-bias training for city educators in April.

Catania, 49, a 26-year veteran of city schools who has an otherwise clean disciplinary record and earns $154,257 a year, didn't respond to a request for comment.

Cummings, 37, who's worked in city schools since 2006 and earns $68,934, didn't respond to a request for comment either.

## '50s heartthrob, 'Damn Yankees' star Hunter dies

**DEATH NOTICES** 212-210-2111

The New York Daily News extends condolences to the families and loved ones of those who have passed.

### Death Notices

---

#### Kelly, Larry

Kelly, Larry born in Laurencetown, Co. Galway, Ireland passed away on July 7, 2018. Retired from Local 608 Carpenter's Union. Beloved Husband of Mary (nee Brennan). Loving father of Larry Kelly (Mary), Ann Kelly, Margaret Kelly, Joan McLean (John), Eileen Kelly. Cherished grandfather of 7. Reposing at Denis S. O'Connor FH 91-05 Beach Channel Drive, Rockaway Beach, NY 11693. Viewing Tuesday July 10, 2018 from 2-5 and 7-9pm. Funeral Mass Wednesday 9:30am At St. Thomas More Church in Breezy Point, NY. Interment St. John's Cemetery.

*Please sign guestbook on obituaries.nydailynews.com*

---

#### Hebling, Audrey J.

Audrey J. "Doc" Hebling ", of Bellerose, on June 18, 2018. Formerly employed by Sperry Gyroscope Corp., in the development &. research department and then became a physics teacher at L.I. Lutheran High School, Brookville in 1995. She is survived by many loving friends and students. Visitation will be at the ROSLYN HEIGHTS FUNERAL HOME 75 Mineola Ave., Roslyn Heights on Thursday, July 12 from 2 to 4 and 7 to 9 p.m.. Funeral mass at St. Gregory

Exhibit "F"




ADVERTISEMENT

NEW YORK

# City completes probe of teacher in 'slavery' controversy

By BEN CHAPMAN  |  NEW YORK DAILY NEWS  |  AUG 11, 2018  |  1:55 PM

  

ADVERTISEMENT



Bronx Middle School 118 social studies teacher Patricia Cummings has been reassigned to the rubber room. (Andrew Savulich / New York Daily / New York Daily News)

City Education Department officials have finished their probe of a teacher who grabbed headlines and sparked protests after she was accused of stepping on a student during a lesson on slavery in January.

But though the investigation is over, it may be weeks or months before the department releases the outcome of its investigation of Bronx Middle School 118 teacher Patricia Cummings.

Advertisement

RECOMMENDED

**Pennsylvania man has his scrotum torn**

**open by angry girlfriend, leaving him with a bleeding testicle**



**Mother, daughter charged in murder of pregnant teen who was strangled before baby was cut out of her womb**

**Company owned by Brazilian crooks received $62 million in Trump bailout cash meant for struggling U.S. farmers**

**Renowned architect I.M. Pei dead at 102**

**Man kicked off Southwest Airlines flight for vodka joke after four-hour delay**

by Taboola

She was accused of singling out black students during a lesson on the Middle Passage by telling them to lie on the floor and then stepping on their backs to show them what bondage felt like.

Education Department spokesman Douglas Cohen said the city would provide an update on the findings in Cummings' case when the matter is resolved this fall.

PAID POST                                              What Is This?



### These Chains Are Closing The Most Stores in 2019 ⤢

This is shaping up to be a very rough year at the mall. During the first weeks of 2019, retailers shut down 23% more stores than they did at the start of 2018 and...

SEE MORE

Sponsored Content by MoneyWise

"We release the findings of an investigation when the matter is resolved," Cohen said. "We cannot complete this process for teachers when they're not working over the summer."

[More New York] Mayor Bill de Blasio slams NYPD lieutenant who said Eric Garner's death 'Not a big deal' »

Until the case is resolved, the department won't say how Cummings might be disciplined — or even if she's guilty of the allegations.

Community advocates praised the Education Department for completing the Cummings probe but called for greater transparency in the findings of the investigation.

"This is a step in the right direction; however, we need full transparency," said the Rev. Kevin McCall, the National Action Network's crisis director. "We will be meeting with the chancellor this week, to demand that all findings of the investigation be made public immediately."

Cummings, 37, a social studies teacher who has worked in city schools since

ADVERTISEMENT

ADVERTISEMENT



How The News covered the story. (New York Daily News)

2006 and earns $68,934, didn't respond to a request for comment.

She was assigned to the rubber room after the allegations against her went public. Cummings remains on the city payroll while the case is resolved.

Hers was one of two cases that were part of a series of Daily News stories on accusations of racism in schools that ignited protests around the city, prompting Mayor de Blasio to set aside $23 million for anti-bias training for city educators in April.

[More New York] New York to shutter 2 prisons, including Lincoln Correctional Facility that overlooks Central Park in NYC »

In the other case, a city probe of Bronx Middle School 224 Principal Patricia Catania remains active while investigators parse allegations that she barred Black History Month lessons and confiscated a student-made poster celebrating the trailblazing African-American singer and actress Lena Horne.

Catania, 49, a 26-year veteran of city schools who has an otherwise clean disciplinary record and earns $154,257 a year, remains on the job and also didn't respond to a request for comment.

McCall called on the city to conclude its probe of Catania as it has for

ADVERTISEMENT

ADVERTISEMENT

Cummings.

Topics: Educators

---

### Ben Chapman
Education Reporter

CONTACT



Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

**The Genius Trick Every Costco Shopper Should Know**
Wikibuy | Sponsored

**Cheap New Senior Apartments in Garden City Are Turning Heads**
Senior Living | Search Ads | Sponsored

**The 2019 Kias Are Quite Simply Breathtaking!**
Auto Today | Sponsored Links | Sponsored

**Switch and save an average of $699. Savings make me smile.**
Progressive | Sponsored

**3 Warning Signs Your Dog Is Crying For Help**
Dr. Marty | Sponsored

**Howard Stern talks to the Daily News about life, liars, cancer and his new book, 'Howard Stern Comes Again'**
Howard Stern talks to the Daily News about his new book 'Howard Stern Comes Again,' which chronicles the broadcasting legend's favorite moments on air, a personal health scare he'd kept secret…
NY Daily News

☀ ❗ 71° Garden City, NY                    More ⌄

Sponsored Links by Taboola **Nyx Professional Makeup Eye Shadow Base**
$7 - macys.com

**Disney: Celebrities designing new line of mouse ears**
Orlando Sentinel

**These Vintage Sports Photos Were Okay Back In The Day, But Are Now Controversial**
TieBreaker | Sponsored

**Dressed to Impress: Shop Summer Dresses for Any Occassion**
White House Black Market | Sponsored

**No waiting around this time: Yankees-Orioles rained out again**
For the second time in two days, there was no baseball in the Bronx because of inclement weather.
NY Daily News

**Woman shot dead leaving work was married to a drug lord and an actor**
A woman who was executed by handgun as she left work on Friday was married to two men – a

**You May Like**                    Sponsored Links by Taboola

**One Thing All Liars Have in Common, Brace…**
TruthFinder People Search Subscription

**Discover What An Amazing European River Cruises Have To Offer!**
European Cruises | Search Ads

**The U.S. Navy Just Built Something No One Thought Was Possible**
DirectExpose

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet

Exhibit "G"

ADVERTISEMENT

TOPICS    SEARCH

SUBSCRIBE
Get 10 FREE weeks

LOG IN



**Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...**



**President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...**

**NYPD cop arrested for hiring hitman to kill her ex-husband: authorities**



**Ashley Massaro, forme star from New York, de 39**

By **STEPHEN REX BROWN** and **BEN CHAPMAN**  |  NEW YORK DAILY NEWS  |  SEP 27, 2018  |  5:00 PM

  

ADVERTISEMENT



A Bronx middle school teacher made black students act like slaves.

That's rich.

A white Bronx social studies teacher facing termination for a controversial lesson on slavery says she is the victim of reverse-racism — and has filed a lawsuit, which her lawyer says could be worth $1 billion.

Advertisement



RECOMMENDED

**Missing pregnant woman found dead in Chicago home where baby was forcibly removed from her womb, police say**

The notorious teacher's attorney even says white teachers who work in the Bronx deserve combat pay.

The Daily News exclusively reported in February that Middle School 118 teacher Patricia Cummings singled out black students and told them to lie on the floor for a lesson on U.S. slavery — and then stepped on their backs to show them what it felt like, according to several students and one staffer.

PAID POST                                    What Is This?

 

### MAGA MADNESS: These Hollywood Elites Are Secretly "Team Trump" ⤴

SEE MORE

Sponsored Content by Fallbrook 24/7

The story sparked protests and reactions from an array of elected officials – but Cummings says in a Notice of Claim filed in anticipation of a lawsuit against "the city, parents, students and the media" that the account of the lesson is all wrong. She says she was the victim of reverse discrimination, defamation, negligence and other claims worth the eye-popping sum.

[More New York] Woman arrested for Brooklyn hit and run dies of brain tumor »

Her Notice of Claim — which says she's owed $120 million in damages — even states that the lawsuit could become a class action reverse racism suit worth upwards of $1 billion.

"It's a scandal," Cummings' attorney Tom Liotti said. "There is blatant racism and reverse discrimination in the public schools of New York City. This is why white parents do not want to send their children there."

Liotti said its past time for the Board of Education to wake up to reverse racism.

[More New York] Mayor Bill de Blasio slams NYPD lieutenant who said Eric Garner's death 'Not a big deal' »

"It's no longer the blacks and minorities who are being discriminated against," he said. "It is discrimination against white teachers who are making great sacrifices to be there."

In Cummings' version of the lesson on Jan. 9, she took advantage of a "teachable moment" after showing a five-minute clip from the movie "Freedom."

---

Jennifer Aniston could get back together

Video shows 74-year-old man pushed from bus by woman now facing murder charge in his death

Man fatally shot in head on Brooklyn street

AOC says Trump's y-u-u-uge losses shows he might've done something 'shady'

by Taboola

ADVERTISEMENT

ADVERTISEMENT

She says she asked four student volunteers to sit close together to show the "cramped conditions" aboard a slavery ship crossing the Middle Passage.

[More New York] New York to shutter 2 prisons, including Lincoln Correctional Facility that overlooks Central Park in NYC »

Bu she denied that any child laid on the floor at any time during the demonstration and denied making any physical contact with any student.

Cummings also alleges that Education Department investigators ignored evidence and a witness who backed up her version of events.

But DOE spokesman Doug Cohen said an investigation into Cummings' actions determined she used poor judgment.

ADVERTISEMENT



Patricia Cummings, social studies teacher, leaving MS 118, at 577 E179 St., Bronx, New York. Cummings reportedly had students, including minorities, lay on the floor to pretend they were slaves during class. February 1, 2018 (Andrew Savulich / New York Daily News)

"We've begun the process of firing Ms. Cummings based on an investigation of this unacceptable behavior and her performance as an educator," Cohen said. "We'll review this baseless lawsuit."

The News story sparked a public outcry.

Mayor de Blasio, Councilman Jumaane Williams, other politicians and even Power 105 radio host Charlamagne Tha God all wrongly humiliated Cummings and labeled her a racist, her claims says.

[More New York] NYPD cop arrested for hiring hitman to kill her ex-husband: authorities »

"The Bronx has been described by some as a 'war zone.' White teachers who work there should get combat pay," Liotti said.

"This is a case of blatant, reverse discrimination and we are going to teach the City and those responsible a lesson. This goes for Mayor de Blasio who will have to learn that his constituents are multi-ethnic, racial and religious. They

ADVERTISEMENT

The Notice of Claim strongly criticizes The News' coverage of the lesson. The claim states that The News relied on the account of one student in Cummings' class, when in fact the article quoted two different students and reported that students and a staffer described what happened.

[More New York] Skeletal 'Broadway Bandit,' suffering from terminal cancer, appears in court on latest bank robbery charge »

The DOE moved Cummings out of the classroom and into a rubber room after the incident. She says an investigation "exonerated her from the false allegations."

But Education Department officials said Cummings received a discontinuance notice on September 17th notifying her she'd be fired in 30 days.

Cummings held a probationary position as a teacher and probationary teachers have an opportunity to present information to challenge the process during those 30 days, as well as the right to appeal.

[More New York] Two suspended after Correction officer fight at Manhattan criminal court: sources »

Rev. Kevin McCall, Crisis Director for the National Action Network, said the city did the right thing in seeking to terminate Cummings.

"The Department of Education did a thorough investigation as we asked them to. This is nothing but a case of stupidity," McCall said. "We will be sending a letter thanking the Chancellor for doing what is right."

Topics: Educators

---

**Stephen Rex Brown**
New York Daily News

CONTACT

Stephen Rex Brown is a reporter covering New York City courts for the New York Daily News.

**Ben Chapman**
Education Reporter

CONTACT

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

Exhibit "H"

**EDELMAN**
F I N A N C I A L

uld your emotions
e controlling your
estment decisions?

our new seminar: ***Mind Over Money:***
*ur Emotions Can Keep You From Reaching*
*nancial Goals.* And discover how to train
:ain — with simple solutions to help you
ntrol!

**Attend a Seminar
in Your Area**

**New York, NY**
Saturday, October 13 | 11 a.m.
Wednesday, October 17 | 7 p.m.

**Join us!**
EdelmanFinancial.com/NYD1
888-PLAN-RIC (888-752-6742)
Use promo code: NYD1

:s offered through Edelman Financial Services, LLC. Securities offered through EF
s, LLC, an affiliated broker/dealer, member FINRA/SIPC. Life, long-term disability,
or other nonvariable insurance products offered through EFS and Edelman Insurance
`alifornia, license no. 0G00750. Variable insurance products offered through EFLS and
ance Agency LLC in California, license no. 0L01472.

# Hail yeah, to taxi pay rules

BY DAN RIVOLI
TRANSIT REPORTER

Taxi officials' bold step to set pay rules on the app-hailed trips was deemed a good start by drivers who have struggled to make money.

Drivers packed an auditorium at the National Museum of the American Indian Wednesday to hear Taxi and Limousine Commission officials discuss their plan to get drivers a minimum wage of $17.22 an hour, after expenses, or $25.76 total — the first time an entity anywhere regulated driver pay where Uber and other app companies operate.

But some drivers were skeptical.

"I don't think it'll really increase that much," Uber and Lyft driver Golam Mahbub, 26, said. "You have to consider a lot of costs they didn't consider."

He said he's seen prices for passengers rise, yet paltry pay for himself.



"I saw people being charged from Manhattan to JFK Airport $140," he said. "What is my part of the share? It is only $45."

It's estimated that 85% of drivers fall below the new pay standard, and that they would see a 22.5% raise in take-home pay from the new policy, according to a TLC-commissioned study.

The TLC will vote at its next meeting on the new pay policy.

"Today's proposal represents a start, and an important one," TLC Chairwoman Meera Joshi said. "There will no longer be a debate on whether or not drivers deserve protections against unilateral pay cuts that make it hard if not impossible to make a living."

Sohail Rana, 50, an Uber driver and organizer with the Independent Drivers Guild, an Uber-sanctioned group that represents drivers, said that the new pay rule was crafted without consideration for drivers like him who bought luxury SUVs, which means greater expenses.

"We asked for more money because 22% doesn't cover the expenses and the lease and all that stuff," he said.

The study's authors — James Parrott of the Center for New York City Affairs at the New School and Michael Reich of the Center on Wage and Employment Dynamics at the University of California, Berkeley — say that their formula to raise wages was imperfect, but aimed at helping the most drivers.

Drivers would get paid based on expenses totaling 58 cents a mile on average plus 28 cents a minute — each divided by the "utilization rate" or time a driver spends with a paying passenger.

The TLC policy calls for a bonus for carpool trips, where the driver makes less money for more work. The study's authors recommends a $1 bonus.

For Uber, the average driver spends 58% of an hour with a passenger.

"The purpose of this is to get the companies to more efficiently utilize the drivers' time," Parrott said. "The driver puts up the capital, covers all the expenses for the car and, right now, because there are so many cars out there, relative to the number of paying rides, the drivers are under utilized and their earnings per hour suffers as a result."

Bhairavi Desai, director for the New York Taxi Workers Alliance, told TLC officials, to applause, that the city should create a citywide, fleetwide fare standard based on the taxi meter.

"We support efforts to raise driver earnings while ensuring that any new rules do not negatively impact service," Uber spokeswoman Alix Anfang said in a statement.

## 'Slave' teach hit for 'judgment'

A white Bronx teacher defended the controversial Middle Passage lesson that could get her fired even as school investigators said she used "poor judgment" when she had students sit on the floor to demonstrate conditions on a slave ship.

Patricia Cummings, a social studies teacher at Middle School 118, "significantly diverged from best practices," during a slavery lesson in January in her demonstration about the discomfort in the belly of slave ships.

"Specifically, the DOE does not ever include or encourage re-enactments of historical events where students take on roles of victimized people," a chancellor's Office of Special Investigations report concluded.

But Cummings said she is the victim, and that reverse racism could cost her her job. She has filed a $120 million discrimination suit, and said it could lead to over $1 billion in damages.

She denied assertions from students that she pressed on a student's back during the demonstration or made any of the kids physically uncomfortable.

Exhibit "I"

# Long Island educator is held in rape of student

BY THOMAS TRACY
NEW YORK DAILY NEWS

A Long Island teacher is accused of having sex with a 14-year-old student, authorities said Friday.

Daniel McMenamin, 33, was handcuffed at his Valley Stream home on Thursday evening, for allegedly repeatedly raping the girl while he was an educator at the private Lawrence Woodmere Academy in Woodmere..

When Special Victims detectives showed up at his house, he refused to leave until his surrender was brokered by his lawyer, cops said.



McMenamin is accused of sexually assaulting the student for three years, between 2014 and 2017.

He is charged with multiple counts of criminal sex act, rape and endangering the welfare of a child.

# Man is killed riding scooter in Brooklyn

BY THOMAS TRACY
NEW YORK DAILY NEWS

A 65-year-old man tooling around Brooklyn on motorized scooter died Friday after he was hit by a passing car, officials said.

The victim was rolling down 19th Ave. near 73rd St. in Bensonhurst about 10:45 a.m. when a car slammed into him, officials said.

Medics rushed the victim to Maimonides Medical Center, but he could not be saved. His name was not immediately disclosed.

The 49-year-old motorist who struck the victim remained at the scene. No charges were immediately filed.



Patricia Cummings was fired after walking on the backs of black students during a lesson on slavery at Bronx Middle School 118.

**SLAVE TEACH OUTRAGE**
- Made black students lie facedown on floor
- Asked them: 'See how it feels to be a slave?'

# TEACHER AXED
## She walked on students for slave lesson

**EXCLUSIVE**

BY BEN CHAPMAN
AND STEPHEN REX BROWN
EDUCATION REPORTER

The city has officially fired a white social studies teacher for her ill-conceived lesson on slavery to Bronx students.

Former Middle School 118 teacher Patricia Cummings caused a furor in February when several students and one staffer claimed that she singled out black students and told them to lie on the floor for a lesson on U.S. slavery — and then stepped on their backs to show them what it felt like.

On Friday, a Department of Education spokesman said its investigation into the lesson was finished.

"Ms. Cummings was terminated based on the results of this investigation and a review of her overall performance as an educator," the spokesman said.

An education official said the investigation found that Cummings used poor judgment — but did not substantiate the allegations that she engaged in corporal punishment by walking on students' backs.

Cummings has denied assertions from students — made to both to the Daily News and school investigators — that she pressed on a student's back during the demonstration or made any of the kids physically uncomfortable.

Kids told investigators that she pressed on them during the slave lesson but DOE wasn't able to substantiate allegations that those actions constituted corporal punishment.

Cummings' attorney, Tom Liotti, said the teachers union would pursue an appeal of her termination. She did not have tenure, meaning she was not entitled to a special disciplinary hearing before being fired.

"She's very upset about it and feels she's been maligned and criticized and that her career has been very damaged, maybe irreparably," Liotti said.

Charles Johnson, the father of a public school student and a parent leader with the Coalition for Educational Justice, said he was glad Cummings had been fired.

"We know the issue is deeper than this one individual, and she is a symptom of a bigger problem. Teachers are getting anti-bias training but they also need culturally responsive curriculum so they don't end up teaching lessons like this one," Johnson said.

Last month, Cummings announced she planned to sue the city. She said accounts of the lesson were all wrong and that she was the victim of reverse racism. Liotti, estimated the suit could become a class action worth as much as $1 billion.

"If anything this will add to our damage claim against the City of new York. This firing is completely unfounded and without any merit." Liotti said.

GARDINER ANDERSON

TOPICS        SEARCH

SUBSCRIBE
Get 10 FREE weeks        LOG IN


**Behind the scenes of the final straw in the Jets rift between Adam Gase and Mike...**


**President Trump's Air Force One video trashing Mayor Bill de Blasio may have violated...**


**NYPD cop arrested for hiring hitman to kill her ex-husband: authorities**

**Ashley Massaro, forme star from New York, de 39**

ADVERTISEMENT

EDUCATION    NEW YORK

# EXCLUSIVE: City fires Bronx 'slave' teacher

By **BEN CHAPMAN** and **STEPHEN REX BROWN**  |  EDUCATION REPORTER  |  OCT 19, 2018  |  12:00 PM

  

ADVERTISEMENT


Teacher Patricia Cummings, seen speaking to the media at the office of her lawyer, Thomas Liotti, is a victim of reverse racism, the lawyer says. (Gardiner Anderson for New York Daily News)

The city has officially fired a white social studies teacher for her ill-conceived lesson on slavery to Bronx students.

Former Middle School 118 teacher Patricia Cummings caused a furor in February when several students and one staffer claimed that she singled out black students and told them to lie on the floor for a lesson on U.S. slavery — and then stepped on their backs to show them what it felt like.

Advertisement



RECOMMENDED

**Mother, daughter charged in murder of pregnant teen who was strangled before baby was cut out of her womb**

**Power outage delays Yankees-Rays in ninth inning**

**Missing pregnant woman found dead in Chicago home where baby was forcibly removed from her womb, police say**

**Company owned by Brazilian crooks received $62 million in Trump bailout cash meant for struggling U.S. farmers**

**No waiting around this time: Yankees-Orioles rained out again**



On Friday, a Department of Education spokesman said its investigation into the lesson was finished.

"Ms. Cummings was terminated based on the results of this investigation and a review of her overall performance as an educator," the spokesman said.

**PAID POST**                                              What Is This?



### People Are Getting Ripped off Keto [↗]

SEE MORE

Sponsored Content by DISTINCTIVELY INTERACTIVE

An education official said the investigation found that Cummings used poor judgment — but did not substantiate the allegations that she engaged in corporal punishment by walking on students' backs.

[More Education] 'Nightmare' school bus attendant takes plea »

Cummings has denied assertions from students — made to both to The News and school investigators — that she pressed on a student's back during the demonstration or made any of the kids physically uncomfortable.

Kids told investigators that she pressed on them during the slave lesson but DOE wasn't able to substantiate allegations that those actions constituted corporal punishment.

Cummings' attorney, Tom Liotti, said the teachers union would pursue an appeal of her termination. She did not have tenure, meaning she was not entitled to a special disciplinary hearing before being fired.

[More Education] Asian parents push stronger school integration fixes »

"She's very upset about it and feels she's been maligned and criticized and that her career has been very damaged, maybe irreparably," Liotti said.

Charles Johnson, the father of a public school student and a parent leader with the Coalition for Educational Justice, said he was glad Cummings had been fired.

ADVERTISEMENT

ADVERTISEMENT

"We know the issue is deeper than this one individual, and she is a symptom of a bigger problem. Teachers are getting anti-bias training but they also need culturally responsive curriculum so they don't end up teaching lessons like this one," Johnson said.

[More Education] Hillary Clinton to deliver Hunter College commencement »

Last month, Cummings announced she planned to sue the city. She said accounts of the lesson were all wrong and that she was the victim of reverse racism. Liotti, estimated the suit could become a class action worth as much as $1 billion.

"If anything this will add to our damage claim against the City of new York. This firing is completely unfounded and without any merit." Liotti said.

---

**Ben Chapman**
Education Reporter                                    CONTACT    🐦    ✉

Ben Chapman is an award-winning reporter who covers education for the New York Daily News. A graduate of Columbia University's Graduate School of Journalism, Chapman has written more than 2,000 articles about New York City schools for the Daily News since joining the paper in 2009.

**Stephen Rex Brown**
New York Daily News                                   CONTACT    🐦    ✉

Stephen Rex Brown is a reporter covering New York City courts for the New York Daily News.

ADVERTISEMENT

ADVERTISEMENT

**Exhibit "J"**

# RACE-RAGE LESSON

## Parents irate over slave sale at school

**BY ELLEN MOYNIHAN AND BEN CHAPMAN**
NEW YORK DAILY NEWS

A white teacher at a Westchester County school held a mock slave auction with her black students as part of a fifth-grade history lesson for her class — plunging the private institution into chaos, a parent and sources with knowledge of the situation told the Daily News Friday.

Administrators at the Chapel School in Bronxville are investigating the allegation that the teacher allowed her white students to bid on black students who pretended to be slaves during a fake auction Tuesday.

The matter is being investigated by school officials and is also being probed by state Attorney General Letitia James.

Vernex Harding (below), of Bronxville, said her son, who is black, was one of the students singled out by teacher Rebecca Antinozzi for the controversial history lesson.



Harding said her family is rattled by the incident and she's spoken to the school's leadership.

"I'm shocked and infuriated that this happened to my son," said Harding, who is an educational administrator at another school. "I'm very shaken."

Harding said her son told her Tuesday night that Antinozzi brought three of her black students out of the classroom and into the school hallway where she pretended to place them in shackles.

Harding said Antinozzi then brought the three black students back into class



Chapel School teacher Rebecca Antinozzi (inset) caused a furor by reportedly using black students to pose as slaves while white students pretended to be buyers for fifth-grade lesson on slavery.
/ELLEN MOYNIHAN / NEW YORK DAILY NEWS


AP

where she conducted a mock slave auction of the students, with the white kids in class posing as wealthy slave owners and the teacher acting as auctioneer.

"The children were encouraged to bid on them," Harding said. "My son was humiliated."

Harding said multiple students were made uncomfortable by the lesson, including white kids, and that Antinozzi duplicated the mock auction in a second fifth-grade class.

Joshua Kimerling, an attorney who represents Antinozzi, said the allegations are incorrect and that she never meant to offend anyone with her lesson.

"The portrayal of the history lesson that has been reported is inaccurate, out of context, contains false facts and ignores the overwhelming support of Ms. Antinozzi from dozens of parents at the school," Kimerling said. "To the extent anyone took offense to a small portion of the overall lesson that day, it certainly was never intended."

Chapel School principal Michael Schultz said, "We're in midst of an investigation and we are unable to give any other comment at this time."

James said, "The reports of racist 'lessons' by a teacher at The Chapel School are deeply troubling."

She added, "My office is monitoring this matter closely."

Founded in 1947, the Chapel School is located in an upscale section of the Bronxville neighborhood. Tuition at the school ranges from $5,000-$13,900.

Harding said black students are a small minority at Chapel and that the school has encountered race problems in the past, including reports that black students are disciplined unfairly.

Other parents said they were distressed to hear of the incident.

"Everyone's really sad about it," said one parent who asked to remain anonymous, citing a request from school officials to refrain from speaking with the media. "I don't know why she thought that would be acceptable."

But another parent, Dwayne McKinley, who has a child at the school in the fourth grade, said he knows Antinozzi — and she's not racist.

"She likes to reenact a lot of stuff," said McKinley, who is black.

McKinley said he believes

the lesson had been taken out of context and he's not angry.

The allegations echo a 2018 incident involving former Bronx Middle School 118 teacher Patricia Cummings.

Cummings caused a furor after several students and one staffer claimed that she singled out black students and told them to lie on the floor and then pressed on their backs for a lesson on U.S. slavery.

A city Education Department investigation found that Cummings used poor judgment in the lesson but did not substantiate allegations by one student that she pushed her knee into students' backs. Cummings was fired as a result of the investigation and her overall performance as an educator in October.

Cummings has said accounts of the lesson were all wrong and that she was the victim of reverse racism.

She is suing the Education Department and various individuals and entities including The News in a suit that her attorney said could become a class action worth as much as $1 billion.

**SLAVE TEACH OUTRAGE**