Cynthia E. Neidl
Tel 518-689-1435
Fax 518-689-1499
neidlc@gtlaw.com

October 8, 2019

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    *Cummings v. City of New York, et al.,* 19-CV-7723-CM

Dear Chief Judge McMahon:

    We represent Defendant Lenard Larry McKelvey a/k/a Charlamagne tha God in the above-referenced proceeding.

    If the Court accepts the papers filed yesterday by Plaintiff in opposition to our client's pending Rule 12 motion to dismiss, we respectfully request additional time to file reply papers until November 4, 2019.

    Thank you for the Court's consideration in this regard.

    Respectfully submitted,

    GREENBERG TRAURIG, LLP

    /s/ *Cynthia E. Neidl*

    Cynthia E. Neidl

CEN/lmd
ACTIVE 46474240v1