# GT GreenbergTraurig

Cynthia E. Neidl
Tel 518-689-1435
Fax 518-689-1499
neidlc@gtlaw.com

October 17, 2019

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: *Cummings v. City of New York, et al.*, 19-CV-7723-CM

Dear Chief Judge McMahon:

We represent Defendant Lenard Larry McKelvey a/k/a Charlamagne tha God in the above-referenced proceeding. As Your Honor is aware, Mr. McKelvey, the Hechinger Defendants, the City Defendants, the DOE Defendants, and the Daily News Defendants (together, the "Moving Defendants") have submitted Rule 12 motions to dismiss this proceeding. On October 7, 2019, Plaintiff submitted a letter motion seeking an extension of time to file papers in opposition to the pending motions to dismiss. The Moving Defendants opposed Plaintiff's request for an extension of time to file oppositions and/or requested additional time to file reply papers until November 4, 2019, in the event the Court granted Plaintiff's request. By text order dated October 8, 2019, the Court granted Plaintiff's request for an extension and accepted Plaintiff's opposition papers.

On behalf of the Moving Defendants, we hereby respectfully reiterate the request for additional time to file reply papers until November 4, 2019. Plaintiff's counsel's October 7th letter indicated his consent to such a request.

Thank you for the Court's consideration in this regard.

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ *Cynthia E. Neidl*

Cynthia E. Neidl

CEN/KLM/lmd

Handwritten memo endorsement (dated 10/21/2019): "I thought I granted all I. I certainly intended to. Granted."

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/19

Greenberg Traurig, LLP | Attorneys at Law
54 State Street | 6th Floor   Albany, NY 12207   T +1 518.689.1400 | F +1 518.689.1499

www.gtlaw.com