# LAW OFFICES OF
# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI◊

LUCIA MARIA CIARAVINO*

*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19

MEMO ENDORSED

Sent via ECF only

December 6, 2019

Hon. Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten: 12/6/2019 OK - BUT LAST AND FINAL EXTENSION]*

Re: Cummings v. The City of New York, et al
Case No.: 19-cv-07723-CM
Notice of Motion for Judgment on the Pleadings - Defendant Sen. Kevin S. Parker

Dear Judge McMahon:

My office represents the plaintiff, Patricia Cummings, in connection with the above-referenced action.

With respect to the Notice of Motion for Judgment on the Pleadings filed on behalf of the defendant Sen. Kevin S. Parker, the plaintiff's opposition papers were due to be filed on December 6, 2019, and the said defendant's reply are due to be filed on December 20, 2019.

I have communicated with Senator Parker's attorney, John M. Schwartz, Special Litigation Counsel, for the Office of the New York State Attorney General, requesting an additional extension of time to submit plaintiff's opposition papers to and including December 20, 2019. Mr. Schwartz has consented to this extension and requested that the time to submit his reply papers be extended to January 10, 2020. Based upon our communications, the following alternative briefing schedule was consented to:

        Plaintiff's Opposition due:        December 20, 2019
        Defendant, Sen. Parker's Reply due:    January 10, 2020

◊Fellow, American Board of Criminal Lawyers

*LAW OFFICES OF THOMAS F. LIOTTI, LLC*
December 6, 2019

To:   Hon. Colleen McMahon, Chief Judge
      United States District Court - Southern District of New York

Re:   Cummings v. The City of New York, et al
      Case No.: 19-cv-07723-CM

---

This is the second request for extensions of time to serve and file papers on behalf of the plaintiff and defendant, Senator Kevin S. Parker, and this extension does not affect any other scheduled dates with respect to Senator Parker's motion. It is respectfully requested that the Court grant the above, proposed briefing schedule for this defendant's motion, on consent.

Thank you for your attention and consideration of this request.

Respectfully submitted,

Thomas F. Liotti (TL 4471)

jml
cc:   Letitia James, Attorney General
      State of New York
      Attention: John M. Schwartz, Special Litigation Counsel (via ECF)
      Attorneys for defendant, Senator Kevin S. Parker

      Counsel for All Other Appearing Defendants (via ECF)