LAW OFFICES OF
# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
--------
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

<u>Sent via ECF only</u>

January 17, 2020

Hon. Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Cummings v. The City of New York, et al</u>
            Case No.: 19-cv-07723-CM

Dear Judge McMahon:

As you know, my office represents the Plaintiff, Patricia Cummings, in connection with the above-referenced action.

With all due respect, I had not planned to argue the very specific details of the case today, since I understood your rules to provide that the matter was scheduled for case management only. Had I known in advance of today's date that Your Honor expected to have a detailed oral argument, I would have asked for permission to have my associate, Lucia Maria Ciaravino, argue since she has been working more directly with the Plaintiff. At the very least, I would've asked her to be present. If I misread or misunderstood your Honor's rules, I apologize. While I believe that all of your questions were nonetheless addressed in our papers, in the event that you have additional questions, both my associate and I are available to the extent that you require any additional legal arguments. Thank you.

Page 1 of 2

✧Fellow, American Board of Criminal Lawyers

Thanking the Court for its consideration, I am

                                          Respectfully,

                                          Thomas F. Liotti (TL 4471)

jml

cc: Counsel for Appearing Defendants (via ECF)