Case 1:19-cv-07723-CM   Document 96   Filed 03/27/20   Page 1 of 1

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

James Rosenfeld
212.603.6455 tel
212.489.8340 fax

Jamesrosenfeld@dwt.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/20

MEMO ENDORSED

March 27, 2020

**By ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   *Patricia Cummings v. The City of New York, et al.*, 19-cv-07723 (CM)

Dear Judge McMahon:

We are counsel for defendants Daily News L.P. and Ben Chapman (the "Daily News Defendants") in the above-captioned action and write to seek clarification regarding the briefing schedule for this case.

On February 24, 2020, the Court dismissed this case without prejudice, granting Plaintiff's counsel twenty-one days to re-plead. *See* ECF No. 94. Twenty-one days later, on March 16, 2020, Plaintiff's counsel filed an Amended Complaint. *See* ECF No. 95. On March 17, 2020, however, the Court issued a notice to Plaintiff's counsel, informing him that his pleading was deficient and stating that he needed to seek the Court's leave to re-file the Amended Complaint. As of the date of this submission, Plaintiff's counsel has not yet done so.

Given this deficient filing, the Daily News Defendants understand that they are not required to move or answer the Amended Complaint unless and until Plaintiff files a corrected pleading. If that understanding is incorrect, the Daily News Defendants respectfully request an extension of their deadline until fourteen days after Plaintiff re-files the Amended Complaint.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ James Rosenfeld

James Rosenfeld

cc:   Counsel of Record (via ECF)

Handwritten endorsement (3/30/2020): "Counsel, if you look at the web page you will see that all filing deadlines in all my cases have been adjourned."

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.