IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PATRICIA CUMMINGS,

        *Plaintiff*,

    − against −

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; GIULIA COX; COURTNEY WARE; BEN CHAPMAN; NEW YORK DAILY NEWS; DR. ANDRE PERRY; THE HECHINGER REPORT a/k/a HECHINGER INSTITUTE ON EDUCATION AND THE MEDIA; LENARD LARRY McKELVEY a/k/a CHARLAMAGNE THA GOD; WWPR-FM (105.1 MHZ); iHEARTMEDIA; CLEAR CHANNEL COMMUNICATIONS, INC.; NEW YORK STATE SENATOR, KEVIN S. PARKER; COALITION OF EDUCATIONAL JUSTICE; ANGEL MARTINEZ; NATASHA CAPERS; PHILIP SCOTT; ADVISE MEDIA NETWORK n/k/a AFRICAN DIASPORA NEWS CHANNEL, and "JOHN DOE AND JANE DOE # 1-100" said names being fictitious, it being the intent of Plaintiff to designate any and all individuals, officers, members, agents, servants, and/or employees of the aforementioned agencies owing a duty of care to Plaintiff, individually and jointly and severally,

        *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:19-cv-07723-CM

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Michael J. Grygiel, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, the undersigned, on behalf of Defendant Lenard Larry McKelvey a/k/a Charlamagne tha God, shall move this Court before the Honorable Collen McMahon at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiff's Amended

2

Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

Dated:   June 24, 2020                                    GREENBERG TRAURIG, LLP

                                                          By:  */s/ Michael J. Grygiel*
                                                              Michael J. Grygiel
                                                              Cynthia E. Neidl
                                                              54 State Street, 6th Floor
                                                              Albany, New York 12207
                                                              Tel: (518) 689-1400
                                                              grygielm@gtlaw.com
                                                              neidlc@gtlaw.com

                                                              *Attorneys for Defendant Lenard Larry McKelvey a/k/a Charlamagne tha God*

ACTIVE 50893634v1