IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| PATRICIA CUMMINGS, | : |
| | : |
| *Plaintiff*, | :   Case No. 1:19-cv-07723-CM |
| | : |
| − against − | : |
| | : |
| THE CITY OF NEW YORK; NEW YORK CITY | : |
| DEPARTMENT OF EDUCATION; GIULIA COX; | : |
| COURTNEY WARE; BEN CHAPMAN; NEW YORK | : |
| DAILY NEWS; DR. ANDRE PERRY; THE | : |
| HECHINGER REPORT a/k/a HECHINGER INSTITUTE | : |
| ON EDUCATION AND THE MEDIA; LENARD LARRY | : |
| McKELVEY a/k/a CHARLAMAGNE THA GOD; | : |
| WWPR-FM (105.1 MHZ); iHEARTMEDIA; CLEAR | : |
| CHANNEL COMMUNICATIONS, INC.; NEW YORK | : |
| STATE SENATOR, KEVIN S. PARKER; COALITION | : |
| OF EDUCATIONAL JUSTICE; ANGEL MARTINEZ; | : |
| NATASHA CAPERS; PHILIP SCOTT; ADVISE MEDIA | : |
| NETWORK n/k/a AFRICAN DIASPORA NEWS | : |
| CHANNEL, and "JOHN DOE AND JANE DOE # 1-100" | : |
| said names being fictitious, it being the intent of Plaintiff to | : |
| designate any and all individuals, officers, members, | : |
| agents, servants, and/or employees of the aforementioned | : |
| agencies owing a duty of care to Plaintiff, individually and | : |
| jointly and severally, | : |
| | : |
| *Defendants*. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **DECLARATION OF MICHAEL J. GRYGIEL**

MICHAEL J. GRYGIEL hereby declares pursuant to 29 U.S.C. § 1746:

1. I am a shareholder in Greenberg Traurig, LLP, attorneys for Defendant Lenard Larry McKelvey a/k/a Charlamagne tha God ("Charlamagne"), and am admitted to practice in this Court.

2. The Amended Complaint asserts claims against Charlamagne based on statements he made during the "Donkey of the Day" segment from *The Breakfast Club* broadcast on February

7, 2018.  A true and correct copy of a certified stenographic transcript of the complete "Donkey of the Day" segment was previously submitted to the Court as Exhibit 1 to the Declaration of Cynthia Neidl (ECF Document No. 28-2).  We respectfully refer the Court to that transcript for purposes of this motion to dismiss the Amended Complaint.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:   June 24, 2020                                              */s/ Michael J. Grygiel*
                                                                                                          MICHAEL J. GRYGIEL