# EXHIBIT A



$1.00 - NYDailyNews.com • SPORTS FINAL • Windy, 30/16. Friday, February 2, 2018

# DAILY NEWS

NEW YORK'S HOMETOWN NEWSPAPER

## TOP DOGS vs. UNDERDOGS

**New England Patriots QB Tom Brady has eye on history.**

**Philadelphia Eagles' Chris Long wears mask to celebrate underdog status.**

### SUPER BOWL SPECIAL SECTION INSIDE

# SLAVE TEACH OUTRAGE

Bronx middle school teacher Patricia Cummings (above) has been removed from classroom while officials look into shocking slave lesson.

**PAGE 6**

● Made black students lie facedown on floor
● Asked them: 'See how it feels to be a slave?'

GETTY; USA TODAY SPORTS; AP

ANDREW SAVULICH