# EXHIBIT C

**DAILY NEWS** NYDailyNews.com                                                        Saturday, October 20, 2018   **11**

# Long Island educator is held in rape of student

**BY THOMAS TRACY**
NEW YORK DAILY NEWS

A Long Island teacher is accused of having sex with a 14-year-old student, authorities said Friday.

Daniel McMenamin, 33, was handcuffed at his Valley Stream home on Thursday evening, for allegedly repeatedly raping the girl while he was an educator at the private Lawrence Woodmere Academy in Woodmere..

When Special Victims detectives showed up at his house, he refused to leave until his surrender was brokered by his lawyer, cops said.



McMenamin is accused of sexually assaulting the student for three years, between 2014 and 2017.

He is charged with multiple counts of criminal sex act, rape and endangering the welfare of a child.

# Man is killed riding scooter in Brooklyn

**BY THOMAS TRACY**
NEW YORK DAILY NEWS

A 65-year-old man tooling around Brooklyn on motorized scooter died Friday after he was hit by a passing car, officials said.

The victim was rolling down 19th Ave. near 73rd St. in Bensonhurst about 10:45 a.m. when a car slammed into him, officials said.

Medics rushed the victim to Maimonides Medical Center, but he could not be saved. His name was not immediately disclosed.

The 49-year-old motorist who struck the victim remained at the scene. No charges were immediately filed.



Patricia Cummings was fired after walking on the backs of black students during a lesson on slavery at Bronx Middle School 118.

# TEACHER AXED
## She walked on students for slave lesson

**EXCLUSIVE**

**BY BEN CHAPMAN AND STEPHEN REX BROWN**
EDUCATION REPORTER

The city has officially fired a white social studies teacher for her ill-conceived lesson on slavery to Bronx students.

Former Middle School 118 teacher Patricia Cummings caused a furor in February when several students and one staffer claimed that she singled out black students and told them to lie on the floor for a lesson on U.S. slavery — and then stepped on their backs to show them what it felt like.

On Friday, a Department of Education spokesman said its investigation into the lesson was finished.

"Ms. Cummings was terminated based on the results of this investigation and a review of her overall performance as an educator," the spokesman said.

An education official said the investigation found that Cummings used poor judgment — but did not substantiate the allegations that she engaged in corporal punishment by walking on students' backs.

Cummings has denied assertions from students — made to both to the Daily News and school investigators — that she pressed on a student's back during the demonstration or made any of the kids physically uncomfortable.

Kids told investigators that she pressed on them during the slave lesson but DOE wasn't able to substantiate allegations that those actions constituted corporal punishment.

Cummings' attorney, Tom Liotti, said the teachers union would pursue an appeal of her termination. She did not have tenure, meaning she was not entitled to a special disciplinary hearing before being fired.

"She's very upset about it and feels she's been maligned and criticized and that her career has been very damaged, maybe irreparably," Liotti said.

Charles Johnson, the father of a public school student and a parent leader with the Coalition for Educational Justice, said he was glad Cummings had been fired.

"We know the issue is deeper than this one individual, and she is a symptom of a bigger problem. Teachers are getting anti-bias training but they also need culturally responsive curriculum so they don't end up teaching lessons like this one," Johnson said.

Last month, Cummings announced she planned to sue the city. She said accounts of the lesson were all wrong and that she was the victim of reverse racism. Liotti, estimated the suit could become a class action worth as much as $1 billion.

"If anything this will add to our damage claim against the City of new York. This firing is completely unfounded and without any merit." Liotti said.

GARDINER ANDERSON