UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PATRICIA CUMMINGS,

                                Plaintiff,                     Docket No. 19-cv-07723 (CM)

        -against-

THE CITY OF NEW YORK;
NEW YORK CITY DEPARTMENT OF EDUCATION;
GIULIA COX; COURTNEY WARE; BEN CHAPMAN;
NEW YORK DAILY NEWS; DR. ANDRE PERRY;
THE HECHINGER REPORT a/k/a HECHINGER
INSTITUTE ON EDUCATION AND THE MEDIA;
LENARD LARRY McKELVEY a/k/a
CHARLAMAGNE THA GOD;
WWPR-FM (105.1 MHZ); iHEARTMEDIA;
CLEAR CHANNEL COMMUNICATIONS, INC.;
NEW YORK STATE SENATOR, KEVIN S. PARKER;
COALITION OF EDUCATIONAL JUSTICE;
ANGEL MARTINEZ2; NATASHA CAPERS;
PHILIP SCOTT; ADVISE MEDIA NETWORK
n/k/a AFRICAN DIASPORA NEWS CHANNEL, and
"JOHN DOE AND JANE DOE # 1-100" said names
being fictitious, it being the intent of Plaintiff to designate
any and all individuals, officers, members, agents, servants,
and/or employees of the aforementioned agencies owing a
duty of care to Plaintiff, individually and jointly and
severally,

                                Defendants.
------------------------------------------------------------------------X

### DECLARATION OF THOMAS F. LIOTTI IN OPPOSITION TO DEFENDANT, LENARD LARRY McKELVEY a/k/a CHARLAMAGNE *THA* GOD's MOTION TO DISMISS THE AMENDED VERIFIED COMPLAINT

**THOMAS F. LIOTTI, ESQ.**, hereby declares pursuant to 29 U.S.C §1746:

    1.    I am the principal attorney with the Law Offices of Thomas F. Liotti, LLC, attorneys for the Plaintiff, PATRICIA CUMMINGS ("Plaintiff"), and I am admitted to practice in this Court. As such, I am fully familiar with the facts and circumstances of this matter.

1

2.      I submit this Declaration together with the Plaintiff's Memorandum of Law in Opposition to the Defendant, Lenard Larry McKelvey a/k/a *Charlamagne Tha God*'s (Defendant Charlamagne or Defendant), Rule 12 (b) (6) motion to dismiss the Amended Verified Complaint in its entirety and with prejudice; and for such other and further relief as this Court deems to be just and proper.

3.      I have attached hereto the following Exhibits, which are referenced in the accompanying Memorandum of Law in Opposition:

- Exhibit A:    Redacted Copy of Office of Special Investigations Investigative Report (OSI) dated July 24, 2018
- Exhibit B:    Plaintiff's rebuttal correspondence addressed to Community Superintendent Maribel Torres-Hulla dated October 5, 2018;
- Exhibit C:    Plaintiff's Amended Verified Complaint dated May 28, 2020
- Exhibit D:    Chart of Contextual Background of Defendant Charlamagne

4.      The Plaintiff was a probationary New York City Public School Teacher at The William W. Niles School - Middle School 118, Community School District 10, in Bronx County, New York. She seeks damages related inter alia to defamation, defamation *per se*, slander, slander *per se*, libel, libel *per se*, and false light against Defendant, Charlamagne.

5.      As result of what was fallaciously reported concerning an alleged complaint made by a parent of a student regarding a lesson taught by Plaintiff in her social studies class on the Middle Passage, Plaintiff subsequently and unwillingly became the subject of a front page false accusations her of being a "*racist*" and "*making black students lie face down on the floor of her class, and asking them '[H]ow does it feel to be a slave?*" As a result, this fabricated and erroneous set of "facts" was picked up by the media worldwide and transmitted to various news outlets and appeared online and in media all over the world.

2

6. The arguments proffered by Plaintiff in the accompanying Memorandum of Law sufficiently dispute the Defendant, Lenard Larry McKelvey a/k/a *Charlamagne Tha God*'s (Defendant Charlamagne or Defendant) unsophisticated attempt to argue *inter alia*, that the subject broadcast is non-actionable opinion, as well as his attempt to hide behind the First Amendment. Thus, Plaintiff presents herein a sufficient basis for a denial of the Defendant Charlamagne's Motion to Dismiss.

7. Based on the foregoing the relief requested by the Defendant Charlamagne should be denied in its entirety; and such other and further relief should be granted to the Plaintiff, as to this Court may seem just and proper.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: Garden City, New York
August 20, 2020

_____
THOMAS F. LIOTTI (TL4471)

3