UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PATRICIA CUMMINGS,

                              Plaintiff,

              -against-

THE CITY OF NEW YORK;
NEW YORK CITY DEPARTMENT OF EDUCATION;
GIULIA COX; COURTNEY WARE; BEN CHAPMAN;
NEW YORK DAILY NEWS; DR. ANDRE PERRY;
THE HECHINGER REPORT a/k/a HECHINGER
INSTITUTE ON EDUCATION AND THE MEDIA;
LENARD LARRY McKELVEY a/k/a
CHARLAMAGNE THA GOD;
WWPR-FM (105.1 MHZ); iHEARTMEDIA;
CLEAR CHANNEL COMMUNICATIONS, INC.;
NEW YORK STATE SENATOR, KEVIN S. PARKER;
COALITION OF EDUCATIONAL JUSTICE;
ANGEL MARTINEZ2; NATASHA CAPERS;
PHILIP SCOTT; ADVISE MEDIA NETWORK
n/k/a AFRICAN DIASPORA NEWS CHANNEL, and
"JOHN DOE AND JANE DOE # 1-100" said names
being fictitious, it being the intent of Plaintiff to designate
any and all individuals, officers, members, agents, servants,
and/or employees of the aforementioned agencies owing a
duty of care to Plaintiff, individually and jointly and
severally,

                              Defendants.
------------------------------------------------------------------------X

Docket No. 19-cv-07723 (CM)

## PLAINTIFF'S NOTICE OF MOTION FOR REARGUMENT AND RECONSIDERATION

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Thomas F. Liotti, dated April 7, 2021, and the exhibit annexed thereto, the accompanying Memorandum of Law in Support of Plaintiff's Patricia Cummings (hereinafter, "Plaintiff" or "Ms. Cummings"), Motion for Reargument and Reconsideration pursuant to Fed. R. Civ. P. 59(e) and Local Rule 6.3, with respect to the Court's March 26, 2021 Memorandum Decision and Order Dismissing Amended Complaint,

1

and upon all the papers and proceedings previously had herein, the Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, before the Honorable Colleen McMahon, United States District Judge, at a time and date to be designated by the Court, for an Order dissolving or modifying same in the interest of justice.

Dated: Garden City, New York
       April 7, 2021

                                            _____
                                            THE LAW OFFICE OF THOMAS F. LIOTTI, LLC
                                            By: Thomas F. Liotti, Esq. (TL 4471)
                                            Attorneys for the Plaintiff
                                            *PATRICIA CUMMINGS*